# Exhibit S

- Learn more about Law360
- Read testimonials
- Contact Law360
- Sign up for our newsletters
- Site Map
- Help



Make sure you don't miss any Law360 breaking news.

Download our plug-in for Chrome to get customizable, real-time news alerts

# Feds Net $8.4M FCA Settlement From Fla. Pharmacy

By **Jessica Corso**

Law360, New York (July 15, 2015, 4:31 PM EDT) -- A Florida compounding pharmacy has agreed to pay $8.4 million to settle claims it violated the False Claims Act by passing off fake prescriptions to Tricare, the U.S. Department of Justice announced Wednesday.
The DOJ office in Jacksonville says it dug up evidence that Blanding Health Mart Pharmacy sought reimbursement between February and April of this year for prescriptions that were written by physicians who never saw the patient in question.

"This case was developed as part of a broader effort by our office to identify and target unscrupulous compounding pharmacies," U.S. Attorney A. Lee Bentley of the Middle District of Florida, said in a statement. He added that his office has been particularly keen to sniff out abuses of the Tricare program, a Department of Defense-operated health plan that covers members of the military.

Blanding is a member of the Health Mart network, which is owned by McKesson Corp.

Neither Blanding nor McKesson could be reached for immediate comment Wednesday, though Blanding admitted no liability when agreeing to the settlement terms.

Earlier this year, another Jacksonville-based compounding pharmacy, MediMix LLC, **agreed to shell out** $3.78 million to settle allegations of knowingly billing Tricare for compounding pain prescriptions that came from an improper referral source.

The U.S. Attorney's Office for the Middle District of Florida said in a June press release that the settlement resolves allegations against the MediMix and its top-referring physician, Dr. Ankit Desai, who allegedly sent hundreds of prescriptions to the pharmacy that were not appropriately reimbursable because he was married to a senior vice president at the company.

The DOJ said health care providers are generally prohibited from referring business to entities where they have a financial interest.

Middle District prosecutors also **scored $7.5 million** in May against Jacksonville-area hospitals accused of

submitting fraudulent claims to federal programs like Tricare, Medicare, Medicaid and the Federal Employees Health Benefits Program, which is managed by the Office of Personnel Management.

U.S. Attorney Bentley said in a statement announcing that settlement that nine hospitals routinely ordered basic life-support ambulances when they were medically unnecessary and that Century Ambulance Service Inc. knowingly upcoded claims from basic to advanced life support, unnecessarily transported patients, and needlessly drove patients to their home as if it were an emergency.

Assistant U.S. Attorney Jason Mehta helped lead the investigation into Blanding, working alongside the Defense Criminal Investigative Service, the FBI and the Defense Health Agency Program Integrity Office.

Case information wasn't immediately available Wednesday.

--Additional reporting by Alex Wolf and John Kennedy. Editing by Mark Lebetkin.

View comments

**Law360: Get Ahead of the Curve**
from **Law360**



01:25

- Add to Briefcase
- Printable Version
- Rights/Reprints
- Editorial Contacts

## Related

### Sections

- Aerospace & Defense
- Florida
- Government Contracts
- Health

### Companies

- McKesson Corporation

### Government Agencies

- Federal Bureau of Investigation
- U.S. Attorney's Office
- U.S. Department of Justice
- U.S. Office of Personnel Management