# EXHIBIT A

**PATIENT INFORMATION**
Patient *Full* Name: _____ DOB: ___/___/_____ Work Comp/PIP: Y__ N__ Dr *Printed* Name: _____
Address: _____ City: _____ State: ___ Zip: _____ Cell Phone #:(____)_____ Allergies: _____
✓ Please Give The Patient Our Tear-Off Patient Information Sheet & Fax Patient Demographics: Insurance, Medications, & Allergies…

## PAIN

**INFLAMMATORY Pain**
☐ 2 - Diclofenac 3%, Baclofen 2%, Cyclobenzaprine 2%, Tetracaine 2%    add ☐ Menthol 2% -for Pain

**NEUROPATHIC Pain**
☐ AD4 (*General*) - *C-3 CONTROL* 10%, 4-Aminopyridine 0.5%, Apomorphine 0.2%, Baclofen 2%, Cyclobenzaprine 2%, Gabapentin 6%
☐ AD5 (*Developing*) - *C-3 CONTROL* 10%, 4-Aminopyridine 0.5%, Apomorphine 0.2%, Clonidine 0.2%, Gabapentin 6%, Imipramine 3%, Mefenamic Acid 3%
☐ AD6 (*Advanced*) - *C-3 CONTROL* 10%, 4-Aminopyridine 0.5%, Apomorphine 0.2%, Baclofen 2%, Gabapentin 6%, Imipramine 3%, Nifedipine 2%

**COMBINATION Pain**
☐ 7 (*General/Musculoskeletal*) – Diclofenac 3%, Baclofen 2%, Cyclobenzaprine 2%, Gabapentin 6%, Tetracaine 2%
☐ AD8 (*Fibromyalgia*) - *C-3 CONTROL* 10%, 4-Aminopyridine 0.5%, Apomorphine 0.2%, Baclofen 2%, Cyclobenzaprine 2%, Diclofenac 3%, Gabapentin 6%
☐ 9 (*Myofascial/TMJ*) - Diclofenac 3%, Baclofen 2%, Cyclobenzaprine 2%, Gabapentin 6%, Orphenadrine 5%, Tetracaine 2%
☐ 10 (*Myofascial/Post Laminectomy*) - *C-3 CONTROL* 10%, Baclofen 2%, Cyclobenzaprine 2%, Diclofenac 3%, Gabapentin 6%, Orphenadrine 5%, Tetracaine 2%

## OTHER PAIN

☐ Gout *Cream* - Diclofenac 10%, Indomethacin 10%, Colchicine 0.03%, Loperamide 5%, Dexamethasone 0.1%, Bupivacaine 5%
☐ Rectal Pain *Cream* - Hydrocortisone 1%, Nifedipine 0.2%, Diltiazem 2%, Flurbiprofen 5%, NTG 0.2%, Bupivacaine 5%    (Sig: *Apply to Rectum 1-2 Pumps 2-3 X QD PRN*)
☐ TMJ Pain *Cream* - *C-3 CONTROL* 15%, Flurbiprofen 15%, Baclofen 4%, Gabapentin 6%, Cyclobenzaprine 3%, Bupivacaine 5%
☐ Post Herpetic Neuralgia *Cream* - *C-3 CONTROL* 15%, Acyclovir 5%, Flurbiprofen 15%, Fluticasone 0.1%, Gabapentin 6%, Bupivacaine 5%
☐ Cramp *Cream* - Magnesium 5%, Guaifenesin 10%, Flurbiprofen 10%, Baclofen 2%, Cyclobenzaprine 2%, Bupivacaine 5%
☐ Vulvodynia *Cream* - Gabapentin 10%, Flurbiprofen 8%, Ketotifen 0.5%, Amitriptyline 2%, Bupivacaine 5%, *Vaginal Cream*
(PAIN Sig: *Apply 1-4 Pumps to Affected Areas 3-4 X QD*)    (Sig: *Apply to AAs 1-2 Clicks 3-4 x QD*)

*All (AD) Formulas Will Be Dispensed Along With: x 1 (11-15days) or x 2 (22-30days) Topi-Click 30ml Dispensers Containing (B6 20%, B9 0.32%, B12 0.4%)

## WOUND

**Healing Promotion Only**    add☐ Collagenase 350U/GM -for Debridement    add☐ Metronidazole 2% -for Odor    add☐ Gabapentin 6% -for Neuropathy
☐ Wound Combo 1 - Phenytoin 5%, Fluticasone 0.1%, *Misoprostol 0.0024%, Nifedipine 2%, Metronidazole 2%, Loperamide 5%, Hyaluronic Acid 1%, Bupivacaine 5%

**Anti-Infective + Healing Promotion**
☐ Wound Combo 2 - Gentamicin 0.2%, Fluticasone 0.1%, Phenytoin 5%, Mupirocin 5%, Clindamycin 1%, Loperamide 5%, Hyaluronic Acid 1%, Polymyxin-B 5000 U/GM, Bupivacaine 5%
☐ Wound Combo 3 - Itraconazole 5%, Fluticasone 0.1%, Phenytoin 5%, Mupirocin 5%, Loperamide 5%, Hydrocortisone 1%, Hyaluronic Acid 1%, Bupivacaine 5%
☐ Wound Combo 4 - Levofloxacin 2%, Fluticasone 0.1%, Phenytoin 5%, Mupirocin 5%, Loperamide 5%, Hyaluronic Acid 1%, Clindamycin 1%, Itraconazole 1%, Bupivacaine 5%
☐ Wound Combo 5 - Vancomycin 5%, Fluticasone 0.1%, Phenytoin 5%, Mupirocin 5%, Levofloxacin 2%, Loperamide 5%, Hyaluronic Acid 1%, Bupivacaine 5%
(Sig: *Apply 2-4 Pumps to Affected Areas 2-4 X QD With Each Dressing Change*)

## SCAR

☐ Surgi Scar - Fluticasone 1%, Ketotifen 0.5%, Mupirocin 5%, Phenytoin 5%, Hyaluronic Acid 1%, Nifedipine 2%, Tranilast 1%
☐ Scar Away - Fluticasone 1%, Ketotifen 0.5%, *Tretinoin 0.05%, Pentoxifylline 1%, Hyaluronic Acid 1%, Salicylic Acid 3%, Nifedipine 2%, Tranilast 1%
☐ Scar Fade/Stretch Mark - Fluticasone 1%, Hydroquinone 5%, Pentoxifylline 1%, Hyaluronic Acid 1%, Ketotifen 0.5%, Nifedipine 2%, Tranilast 1%
☐ Scar Complete - STEP-1(*Scar Away*) x (2-4weeks), STEP-2(*Scar Fade*) x (2-4weeks)
(Sig: *Apply 1-3 Pumps to Affected Areas 2-3 X QD As Directed*)    add ☐ Gabapentin 10% -for Pain

## NEURO

☐ Migraine/Tension HA *Cream* - Sumatriptan 20%, Apomorphine 0.2%, Cyclobenzaprine 2%, Ondansetron 1%, Tizanidine 0.4%, Bupivacaine 3%
☐ Spasticity *Cream* - 4-Aminopyridine 0.5%, Apomorphine 0.2%, Gabapentin 6%, Baclofen 5%, Tizanidine 0.4%    (Sig: *Apply 1-3 Pumps to Affected Areas 3-4 X QD*)
☐ Parkinson's *Cream* - 4-Aminopyridine 0.5%, Apomorphine 0.2%, Selegiline 0.6%, Sodium Metabisulfite 0.35%, Gabapentin 6%, Baclofen 5%, Tizanidine 0.4%
(Sig: *Apply 1-3 Pumps to Back of Neck At The Hairline and/or Affected Areas 2-3 X QD PRN*) (BONATH-Back Of Neck At The Hairline®)

## N/V

☐ Nausea *Cream* - Ondansetron 1%, Promethazine 25mg/GM    add ☐ Meclizine 25mg/GM -for Vertigo
(Sig: *Apply 1 Pump to Inner Wrist, Then Rub Wrists Together*, and *Apply 1 Pump to Back of neck At The Hairline Q 4Hrs PRN N/V*)

## DERM

☐ Dermatitis Gel - Ketotifen 0.5%, Fluticasone 1%, Hyaluronic Acid 1%, Tacrolimus 0.1%, Bupivacaine 5%    (Sig: *Apply 1-4 Pumps to AAs 2-3 X QD*)
☐ Eczema *Cream* - Ketotifen 0.5%, Fluticasone 1%, Hyaluronic Acid 1%, Zinc Pyrithione 0.5%, Doxepin 5%, Menthol 0.5%, Bupivacaine 5%    (Sig: *Apply 1-4 Pumps to AAs BID*)
☐ Acne *Cream* - Clindamycin 1%, Benzoyl Peroxide 5%, Hyaluronic Acid 0.5%, Tea Tree Oil 1%    add ☐ Tretinoin 0.05%    (Sig: *Apply 1-4 Pumps to AAs 2-3 X QD*)
☐ Psoriasis *Cream* -*Methotrexate 1%, Salicylic Acid 5%, Clobetasol 0.05%, Ketotifen 0.5%, Fluticasone 1%, Vitamin D3 500U/GM    (Sig: *Apply 1-4 Pumps to AAs 2-3 X QD*)
☐ Rosacea Gel - Brimonidine 0.5%, Metronidazole 1%, Tranilast 2%, Hyaluronic Acid 1%    (Sig: *Apply 1-4 Pumps to AAs 2-3 X QD*)

## DERM SPECIALTY

☐ Anti-Aging/Lightening/Tightening *Gel* - Hydroquinone 4%, Niacinamide 4%, Tretinoin 0.05%, Hydrocortisone 1.5%, Ascorbic Acid 5%    (Sig: *Apply 1-4 Pumps to AAs 2-3 X QD*)
☐ Female Libido *Cream* - (Qty=30GM/30Days) Sildenafil Citrate 2%, Nifedipine 0.2%, Aminophylline 3%, L-Arginine 6%    (Sig: *Apply Pea Sized Amt to Clitoris 30 Min Prior to Sexual Activity*)
☐ Wart *Cream* - (Max=120GM/30Days) DDG 0.2%, Cimetidine 5%, Acyclovir 5%, *5-FU 5%, Salicylic Acid 15%, Imiquimod 2.5% (Sig: *Apply 1-2 Pumps to Warts BID x 7 Days, then QD*)
☐ Molluscum *Cream* - DDG 0.2%, Cimetidine 10%, Acyclovir 5%, Ketotifen 0.5%, Pramoxine 1%, Hyaluronic Acid 1%    (Sig: *Apply 1-4 Pumps to AAs/Lesions 2-3 X QD*)
☐ Hair Loss *Sol.* - (Qty=300ml/30Days) *Finasteride 0.5%, Minoxidil 8.5%    (Sig: *Apply 5ml-(1 Teaspoonful) to AAs/Scalp BID*)
☐ Nail Fungus *Sol.* - Terbinafine 1.67%, Itraconazole 5%, Salicylic Acid 5%, Fluticasone 1%, Ciclopirox 8%, Urea 20%, *DMSO 40%*    (Sig: *Apply 6 drops(0.25ml) to AAs/Nails 2-4 X QD*)
☐ Burn *Cream* - *Misoprostol 0.0024%, Phenytoin 5%, Fluticasone 1%, Aloe Vera 1%, Ketotifen 0.5%, Bupivacaine 5%    (Sig: *Apply 1-4 Pumps to AAs/Burns 2-3 X QD*)
☐ Radioprotective *Cream* - Sucralfate Gel 15%, Betamethasone 0.2%, Aloe Vera 1%, Hyaluronic Acid 1%, Trolamine 1%, Ketotifen 0.5%    (Sig: *Apply 1-3 Pumps to AAs 2-3 X QD*)
☐ Shingles *Cream* - *C-3 CONTROL* 15%, Acyclovir 5%, Baclofen 2%, DDG 1%, Amitriptyline 2%, Flurbiprofen 10%, Bupivacaine 5%    (Sig: *Apply 1-4 Pumps to AAs 3-4 X QD*)
☐ Cold Sore *Lip Balm* - (Max=45GM) Acyclovir 5%, DDG 0.2%, Camphor 0.5%, Oxybenzone 3%, Dioxybenzone 3%, Hyaluronic Acid 1%, Bupivacaine 2% (Sig: *Apply 0.5GM to Lips 3-4 X QD*)
☐ Wellness *Caps* - (Qty=60Cap/30Days) Coenzyme Q-10 100mg, Lipoic Acid 250mg, Vitamin D-3 1000IU, Methylcobalamin 10mg, Pyridoxial-5-Phosphate 70mg, Resveratrol 100mg, Folic Acid 1mg (Sig: *1 PO BID*)

_____    * *Caution* do NOT Prescribe if Pregnant and/or Breastfeeding   -Written Quantity for Controls *or* Alternate Sig: _____    ICD-9/10:_____
(1Pump=1GM)    **QTY/Rx:**    ☐ 120GM    ☐ 240GM    ☐ 360GM *DEFAULT*    ☐ 480GM    ☐ Alt Qty_____

Prescriber Signature: _____    Date: _____    Refills____    AUTO-RF/Opt Out ☐
                Substitution Permitted         Dispense As Written                          DEFAULT= 3RF   If Above Box Not Checked, Patient Will Receive Auto Refills
DEA# / NPI#:_____    Address:_____                                              Phone:(____)_____
(Please Mark Through Any Unwanted Medications in Above Formulations)

**Legal Note:** This may contain confidential information belonging to the sender in which is legally privileged. If not received by a legal pharmacy this information is strictly prohibited. Pharmacy only uses USP approved chemicals and follows strict USP guidelines when compounding prescriptions pursuant to a valid prescription. No claims are made as to the safety, efficacy, or use of these formulations. This is not a Tamper Proof Prescription and must be faxed to a Pharmacy by a medical institution and may be filled at any Pharmacy of patient's choice.

FPS-All
01/15