# EXHIBIT G

| Main Menu | | Clock In | **FPSTrack** |

| | | | |
|---|---|---|---|
| **Name:** G.S. | | **Barcode:** 96290746S4D1 | **Staff:** Luis Gutierrez |
| **Prescriber Name:** Clearfield, William, DO | | **Prescriber Fax:** 570-288-5441 | **RxNumber:** 135087 |
| **Patient Phone:** ▮ | | **Birth Date:** ▮ | **Auto Refill:** N |
| **Copay:** 20.00 | | **Adj Amt:** 18287.39 | |
| **Drug:** (SMANEW) FLUTIC/HYALURON/KETOTIF/NIFED/PENTOX/SALICYL/TRANIL/TRETIN | | | |
| **Amount Dispensed:** 270 | | | |
| **Payor:** TRICARE | | **Pharmacy:** FPS Pharmacy | Refill Pending |
| **Sales Rep.** Melonie Kotchey | | **Distributer:** | |
| **Status:** Shipping | | | |

### Order History

**Note Added**                                 04/06/2015 08:25 AM – Megan Sumner
PER REP MELONIE PATIENT DOES NOT NEED TO BE CONTACTED!
PATIENT IS AWARE OF COPAY, DELIVERY AND ADDRESS VERIFIED!

**Note Added**                                 04/06/2015 08:25 AM – Megan Sumner
Ins: TRICARE Grp: DODA
Rx: 135087 (SMANEW)
Processed claim – rejected due to cost exceeds max of 1K. Called help desk s/w Crystal (4.6.2015 @ 8:55 AM)
She provided me with an override case ID # (28449388 good till 4.4.2016)
Claim then rejected due to manual DUR
For Drug-Drug interaction. Pharmacist input DUR codes DD-R0-1B. Claim then paid left patient copay $20
Patient has another rx
[Logged In: MEGAN SUMNER --Current pharm/tech: MIDENCE, MAGGIE/TABOR, BRIAN 4/6/2015 9:19:21 AM (Security on)]

**Station Checkin**                           04/06/2015 08:14 AM – Megan Sumner
The Rx has been received at the desk of msumner

### Open Tasks

**Print Rx**                                                  04/02/2015
Please print the Rx.

**Print Barcode**                                             04/02/2015
Please print the barcode and attach it to the printed Rx.

**Note Added**                                                04/06/2015
By msumner (04/06/2015 08:25am):
TOTAL 2 RXS

---

**WE HAVE A BLOA COMPLETE 03/27/2015**

APR-2-2015 02:41 FROM:T............. 4128212628 TO:18887327207 P.7/8

# **FAX** Demographic Form

From: Housecalls 247 Telehealth Management Group <u>866-748-7798</u>

Date 4-1-15  Pages 2

Account For:

G▮▮▮▮ S▮▮▮▮ DOB ▮▮▮▮

Current Insurance Tricare number ▮▮▮▮
Primary on the policy ▮▮▮▮
DOB of primary (if different) ▮▮▮▮
Allergies None
Phone Number ▮▮▮▮
Email address ▮▮▮▮

Verified Shipping address: 27 Ann St
Pittsburgh PA 15223

Billing address (if different) ▮▮▮▮
Palmer AK 99645

Cardholder Info:  Cardholder ___  Spouse X  Child ___

This fax contains confidential information belonging to the sender, which is legally privildged. This information is intended only for the use of the recipient named above. If you are not the intended recipient, you are herby notified that any disclosure, copying distribution or taking of any action or refence on the contents of this faxed information is prohibited. I verify that I have had a consultation with the above patient and I agree to comply with state and federal documentation requirements b retaining a copy of this prescription in records.

Liski
Gjoski

APR-2-2015 02:42 FROM:T............ 4128212628 TO:18887327207 P.8/9

Patient Full Name: [redacted]   DOB: [redacted]   Work Comp/PIP: Y__ N_X_ Dr Printed Name: William Clearfield
Address: 27 Bain Street   City: Pittsburgh   State: PA   Zip: 15225   Cell Phone #: [redacted]   Allergies: NKA
Insurance Carrier Name: Jackson   ID#: [redacted]   Rx BIN#: _____   Group #: _____   PCN#: _____

### INFLAMMATORY Pain
- I - Flurbiprofen 15%, Dexamethasone 0.1%, Ketotifen 0.5%, Baclofen 2%, Cyclobenzaprine 2%, Diclofenac 5%, Bupivacaine 5%   add ☐ Menthol 2% for Pain

### NEUROPATHIC Pain
- N - Amantadine 8%, 4-Aminopyridine 0.5%, Gabapentin 6%, Amitriptyline 4%, Baclofen 2%, Clonidine 0.1%, Bupivacaine 5%

### COMBINATION Pain
- Combo - Flurbiprofen 15%, Baclofen 2%, Cyclobenzaprine 2%, Gabapentin 6%, Orphenadrine 5%, Dexamethasone 0.1%, Ketotifen 0.5%, Bupivacaine 5%

### OTHER Pain
- Gout Cream - Ketorolac 1%, Indomethacin 10%, Colchicine 0.05%, Loperamide 5%, Dexamethasone 0.1%, Bupivacaine 5%
- Rectal Pain Cream - Hydrocortisone 1%, Nifedipine 0.2%, Diltiazem 2%, Flurbiprofen 5%, NTG 0.2%, Bupivacaine 5%   (Sig: Apply to Rectum 1-4 Pumps 2-4 X QD PRN)
- TMJ Pain Cream - Amantadine 8%, Flurbiprofen 15%, Baclofen 4%, Gabapentin 6%, Cyclobenzaprine 3%, Bupivacaine 5%
- Post Herpetic Neuralgia Cream - Amantadine 8%, Acyclovir 5%, Flurbiprofen 15%, Fluticasone 0.1%, Gabapentin 6%, Bupivacaine 5%
- Cramp Cream - Magnesium 5%, Guaifenesin 10%, Flurbiprofen 10%, Baclofen 2%, Cyclobenzaprine 2%, Bupivacaine 5%
- Vulvodynia Cream - Gabapentin 10%, Flurbiprofen 8%, Ketotifen 0.5%, Amitriptyline 2%, Bupivacaine 5%, vaginal cream

(PAIN Sig: Apply 1-4 Pumps to Affected Areas 2-4 X QD)

Healing Promotion Only   add ☐ Collagenase 250U/GM for Debridement   add ☐ Metronidazole 2% for Odor   add ☐ Gabapentin 6% for Neuropathy
- Wound Combo 1 - Phenytoin 5%, Fluticasone 0.1%, *Misoprostol 0.0024%, Nifedipine 2%, Metronidazole 2%, Loperamide 5%, Hyaluronic Acid 1%, Bupivacaine 5%

Antiinfective + Healing Promotion
- Wound Combo 2 - Gentamicin 0.3%, Fluticasone 0.1%, Phenytoin 5%, Mupirocin 5%, Clindamycin 1%, Loperamide 5%, Hyaluronic Acid 1%, Polymyxin-B 5000U/GM, Bupivacaine 5%
- Wound Combo 3 - Itraconazole 8%, Fluticasone 0.1%, Phenytoin 5%, Mupirocin 5%, Loperamide 5%, Hydrocortisone 1%, Hyaluronic Acid 1%, Bupivacaine 5%
- Wound Combo 4 - Levofloxacin 2%, Fluticasone 0.1%, Phenytoin 5%, Mupirocin 5%, Loperamide 5%, Hyaluronic Acid 1%, Clindamycin 1%, Itraconazole 1%, Bupivacaine 5%
- Wound Combo 5 - Vancomycin 5%, Fluticasone 0.1%, Phenytoin 5%, Mupirocin 5%, Levofloxacin 2%, Loperamide 5%, Hyaluronic Acid 1%, Bupivacaine 5%

(Sig: Apply 2-4 Pumps to Affected Areas 2-4 X QD With Each Dressing Change)

- Surgi Scar - Fluticasone 1%, Ketotifen 0.5%, Mupirocin 5%, Phenytoin 5%, Hyaluronic Acid 1%, Nifedipine 2%, Tranilast 1%
- ☒ Scar Away - Fluticasone 1%, Ketotifen 0.5%, *Tretinoin 0.05%, Pentoxifylline 1%, Hyaluronic Acid 1%, Salicylic Acid 5%, Nifedipine 2%, Tranilast 1%
- Scar Fade/Stretch Mark - Fluticasone 1%, Hydroquinone 5%, Pentoxifylline 1%, Hyaluronic Acid 1%, Ketotifen 0.5%, Nifedipine 2%, Tranilast 1%
- Scar Complete - STEP-1 (Scar Away) x (2-4 weeks), STEP-2 (Scar Fade) x (2-4 weeks)

(Sig: Apply 1-3 Pumps to Affected Areas 2-3 X QD As Directed)   add ☐ Gabapentin 10% for Pain

- Migraine/Tension HA Cream - Sumatriptan 20%, Apomorphine 0.2%, Cyclobenzaprine 2%, Ondansetron 1%, Tizanidine 0.4%, Bupivacaine 5%
- Spasticity Cream - 4-Aminopyridine 0.5%, Apomorphine 0.2%, Gabapentin 6%, Baclofen 5%, Tizanidine 0.4%
- Parkinson's Cream - 4-Aminopyridine 0.5%, Apomorphine 0.2%, Selegiline 0.6%, Sodium Metabisulfite 0.05%, Gabapentin 6%, Baclofen 5%, Tizanidine 0.4%

(Sig: Apply 1-4 Pumps to Back of Neck At The Hairline and/or Affected Areas 2-3 X QD PRN)

- Nausea Cream - Ondansetron 1%, Promethazine 25mg/GM   add ☐ Meclizine 25mg/GM for Vertigo
(Sig: Apply 1 Pump to Inner Wrist, Then Rub Wrists Together, and Apply 1 Pump to Base of Neck At The Hairline Q 4Hrs PRN N/V)

- Dermatitis Gel - Ketotifen 0.5%, Fluticasone 1%, Hyaluronic Acid 1%, Tacrolimus 0.1%, Bupivacaine 5%
- Eczema Cream - Ketotifen 0.5%, Fluticasone 1%, Hyaluronic Acid 1%, Zinc Pyrithione 0.5%, Doxepin 5%, Menthol 0.5%, Bupivacaine 5%   (Sig: Apply 1-4 Pumps to AAs 2-3 X QD)
- Acne Cream - Clindamycin 1%, Benzoyl Peroxide 5%, Hyaluronic Acid 1%, Tea Tree Oil 1%   add ☐ Tretinoin 0.05%   (Sig: Apply 1-4 Pumps to AAs 6 BID)
- Psoriasis Cream - *Methotrexate 1%, Salicylic Acid 5%, Clobetasol 0.05%, Ketotifen 0.5%, Fluticasone 1%, Vitamin D3 5000U/GM   (Sig: Apply 1-4 Pumps to AAs 2-3 X QD)
- Rosacea Gel - Brimonidine 0.5%, Metronidazole 1%, Tranilast 2%, Hyaluronic Acid 1%   (Sig: Apply 1-4 Pumps to AAs 2-3 X QD)
- Anti-Aging/Lightening/Tightening Gel - Hydroquinone 4%, Niacinamide 4%, Tretinoin 0.05%, Hydrocortisone 1.5%, Ascorbic Acid 6%   (Sig: Apply 1-4 Pumps to AAs 2-3 X QD)
- Female Libido
- Stay Erect Cr
- Wart Cream
- Molluscum G
- Hair Loss Sol
- Nail Fungus S
- Burn Cream
- Radioprotection Cream
- Shingles Cream - Amantadine 8%, Acyclovir 5%, Baclofen 2%, DDG 1%, Amitriptyline 2%, Flurbiprofen 10%, Bupivacaine 5%   (Sig: Apply 1-4 Pumps to AAs 2-3 X QD)
- Cold Sore Lip Balm - [...] Acyclovir 5%, DDG 0.2%, Camphor 0.5%, Oxytetracycline 5%, Hyaluronic Acid 1%, Bupivacaine 2%   (Sig: Apply 0.25ml to lips 3-4 X QD)
- ☒ Wellness Cap - [ingredients...] Acetyl-L-Carnitine 100mg, Alpha Lipoic Acid 250mg, Bromelain 50mg, CoQ10 100mg, 5-Methyltetrahydrofolate, L-Arginine 100mg, Clonidine 100mcg, Magnesium Glycinate 50mg, Methionine 25mg, Pyridoxal-5-Phosphate 100mg, Resveratrol 100mg, Benfotiamine 100mg, Riboflavin 5mg, Niacinamide 15mg, Methylcobalamin 100mg, Vitamin D3 800IU   (Sig: Take 2 Capsules PO qD)

Handwritten: Change Per MD 4/2/15 @ 3:47pm
(METANEW3) 5-METHYL/ACET-L-CAR/ALPH-LIP/ARGIN/B2/B3/B6/B12/B12A/BROMEL/COQ10/D3/HYALUR/METHION/MG GLY
2.5/95/250/35/2/10/40/30/20/25/100MG 1000U 28/5/10MG

☐ QTY/Bot ☐ 120GM ☐ 240GM ☒ 360GM ☐ 480GM ☐ All QTY

Prescriber Signature: [signature]   Date: 4/1/15   ICD-9/10: _____

PRESCRIBER NAME: William Clearfield DO   AUTO-RF/Opt Out: ☐
NPI: [redacted]   DEA: [redacted]   FAX: On File
ADDRESS: 1625 East Prater Way Suite 103
CITY: Sparks   STATE: NV   ZIP: 89434   PHONE: 775-358-1222
(775-358-1222)

Dr William Clearfield DO 1625 East Prater Way Ste 103
Sparks NV 89434
NPI [redacted]
DEA [redacted]