UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,** *ex rel.*
**BRADY MCFARLAND,**

    **Plaintiff**

v.                                          CASE NO. 8:15-CV-1708-T-23T6W

**FLORIDA PHARMACY SOLUTIONS,
INC.,** *et al.*

    **Defendants.**

### DEFENDANT MELONIE KOTCHEY'S MOTION FOR LEAVE OF COURT TO REPLY TO THE PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS

Defendant Melonie Kotchey, by and through undersigned counsel, hereby files this Motion for Leave of Court to Reply to the Response of Plaintiff to Defendant's Motion to Dismiss the Relator's Second Amended Complaint, pursuant to Rule 3.01(d), Local Rules Middle District of Florida, and as grounds therefore states:

1. Footnote 4 of the Plaintiff's Response alleges that Defendant failed to make a Rule 9(b) argument in its Motion to Dismiss.

2. To ensure that Defendant's silence is not interpreted by the Court as a waiver of Defendant's Rule 9(b) arguments at paragraphs 15 –

21, 28, 31 and 36 of the Motion to Dismiss, Defendant requests leave of Court to Reply to Footnote 4 of Plaintiff's Response.

3. The Motion to Dismiss plainly argues that the crime of a "kickback" contains established elements that must be pleaded with particularity to avoid a Motion to Dismiss under Rule 9(b). *U.S. v. Health Management Associates, Inc.*, Case No. 2:11-cv-00089, p. 10 (11th Cir. 2004); *U.S. v. Vernon*, 723 F.3d 1234, 1254 (11th Cir. 2013) (A kickback is adequately alleged when the plaintiff argues with specificity how defendant, knowingly and willfully, paid or received money to induce referrals for health care that is paid for by the government.).

4. Counsel for the Defendant has conferred with Counsel for the Plaintiff, and Plaintiff does not consent to the relief requested herein.

WHEREFORE, Defendant moves the Court for Leave to Reply to Footnote 4 of Plaintiff's Response to Defendant's Motion to Dismiss the Second Amended Complaint of the Relator.

RESPECTFULLY SUBMITTED this __16th__ day of October, 2017.

____/Mark S. Thomas/_____
Mark S. Thomas

Florida Bar No. 0001716
THOMAS HEALTH LAW GROUP, P.A.
5200 SW 91st Terrace, Suite 101-B
Gainesville, FL 32608
(352) 372-9990 (office)
(855) 629-7101 (fax)
mark@thomashlg.com
Counsel for Defendant Melonie Kotchey

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing has been furnished by Federal Court electronic filing this __16th__ day of October, 2017 to:

Joel Ewusiak
EWUSIAK LAW, P.A.
66001 Memorial Highway, Suite 311
Tampa, FL 33615
727-286-3559 (telephone)
727-286-3219 (facsimile)
joel@ewusiaklaw.com

P. Jason Collins
Craig A. Boneau
Ryan M. Goldstein
REID COLLINS & TSAI LLP
1301 S. Capital of Texas Highway
Building C, Suite 300
Austin, TX 78746
512-647-6100 (telephone)
512-647-6129 (facsimile)
jcollins@rctlegal.com
cboneau@rctlegal.com
rgoldstein@rctlegal.com

_____*/Mark S. Thomas/*_____
Mark S. Thomas

3