UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
*ex rel* BRADY MCFARLAND

v. : CASE No. 8:15-cv-1708-T-23TGW

FLORIDA PHARMACY
SOLUTIONS, *et al.*,

## ORDER

THIS CAUSE came on for consideration upon Relator Brady McFarland's Motion to Compel Mediverse, LLC to Produce Documents and for Sanctions (Doc. 396).

After the court set this motion for oral argument, the parties requested that the hearing be continued because they were attempting to resolve the motion without judicial intervention (Doc. 408). The court granted that request in August 2018, and told the parties that the matter would be rescheduled upon notice that the issues identified in the motion remain unresolved (Doc. 409). Several months have passed, and the parties have not sought the court's assistance with respect to this motion. Therefore, it is assumed that the parties have resolved the discovery disputes raised therein.

It is, therefore, upon consideration

ORDERED:

That Relator Brady McFarland's Motion to Compel Mediverse, LLC to Produce Documents and for Sanctions (Doc. 396) is **DENIED** as **MOOT**.

DONE and ORDERED at Tampa, Florida, this 7 day of January, 2019.

*/s/ Thomas G. Wilson*
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE