EXHIBIT 19



EXHIBIT

MEDIVERSE DISCOVERY

EXHIBIT 130

(HELIX - EMAIL - CRAIG WOODRUFF - INFORMATION ON
ESI TRANSITIONAL TRAINING, BILLING, AND AUDITS)

From: **Lee Ori** lee.ori@me.com
Subject: Fwd: IACP Member Alert: Tricare Expands Restrictions on Compound Prescription Claims
Date: May 12, 2015 at 3:31 PM
To: Brian Tabor BrianTabor@helixms.com, Eric Stone EricStone@helixms.com
Cc: Chris White ChrisWhite@helixms.com

**LEE ORI, PHARM.D.**
FAX: (855) 439-7283
MOBILE: (314) 308-3037
LEE.ORI@ME.COM

Begin forwarded message:

From: iacpinfo@iacprx.org
Subject: **IACP Member Alert: Tricare Expands Restrictions on Compound Prescription Claims**
Date: May 12, 2015 at 12:53:19 PM PDT
To: lee.ori@me.com

 

## Member Alert

**Tricare** has released an update, today, May 11th, which expands restrictions on compound prescription claims.

### Background

•   The average cost for a compound drug has risen from $192 per claim in Dec. 2012 to $2,595 per claim in Dec. 2014, an increase of 1,252%.
•   Compound prescriptions account for 0.5% of all DoD prescription volume – compound prescriptions account for over 20% of the total DoD pharmacy costs.
•   Compound medications are prescribed for approximately 40,000 of our 9.5 million beneficiaries (0.4% of our total population).

### Recent Actions

•   On 01 May 2015, the Department implemented an automated screening and Prior Authorization process through Express Scripts, Inc. (ESI), the TRICARE pharmacy contractor.
•   The new measures temporarily decreased compound prescriptions related costs by approximately 74% based on the previous month. However, even at that reduced level, the Department's compound prescription expenditures will still average approximately $145 M per month ($1.7B annually).
•   Some compound pharmacies appear to be adjusting their activities and claims to elude the newly implemented controls, and work around the screening process. The initial evidence based on five days of data strongly suggests compounds with   dubious clinical evidence and excessive cost continue to impact the system and warrants the implementation of additional administrative controls at the point of service (i.e., interaction with the pharmacy).

### Effective Immediately

•   DoD is adopting the ESI "commercial reject list" -- the standard list of ingredients for compound medication that ESI automatically denies for its commercial customers.
•   If claim is rejected, the pharmacy can talk with ESI about substitute ingredients, or prescribers can request an individualized Prior Authorization review.
•   Based on ESI's historical experience, adopting this screening process resulted in a 95% decrease in

2

compound costs for their commercial clients. The Department expects to realize comparable cost savings.

**Additional Action**

• The Program Integrity office, in consultation with the Office of General Counsel, will refer all cases of providers and pharmacies where we have suspended the payment of claims to the relevant state licensing boards for their awareness and action.
• The Defense Health Agency is initiating an audit of all compounding claims in the last 12 months to determine if recoupment is justified in cases where violations of state or federal law resulted in inappropriate reimbursement.

Please click here to read the entire document.

If you wish to stop receiving email from us, you can simply remove yourself by visiting:
http://www.iacprx.org/members/EmailOptPreferences.aspx?
id=25864591&e=lee.ori@me.com&h=b8e2b5a05d126e6b2292f43ebe6fa109869734de

International Academy of Compounding Pharmacists
4638 Riverstone Blvd.
Missouri City, TX 77459

From: **Dr. Craig Woodruff** craig.woodruff@fps-rx.com
Subject: Fwd: IACP Member Alert: Tricare Expands Restrictions on Compound Prescription Claims
Date: May 12, 2015 at 9:25 PM
To: Wes Moss wes.moss@fps-rx.com, Jose Otero jose@fps-rx.com, Ali Polak Simmons ali.simmons@fps-rx.com, Gerald Mosak jerry@fps-rx.com, Wilma Wright Wilma.Wright@fps-rx.com, Nicole Johnson nicole.johnson@fps-rx.com, samiramin@msn.com, #UPG - Upgrade Eligibility ChrisWhite@helixms.com, Brian Tabor brian.tabor@fps-rx.com

There is no way they could have come to the conclusions they did after 5 days. They planned to adopt the 1,000 I hate compounds list all along.
I knew the audits would come. We need to throw all available personnel at preparing for this audit. (See last line in article about auditing ALL compound claims I'm the past 12 months. ) We need to immediately focus on the last 12 months of claims.

Sent from my Verizon Wireless 4G LTE smartphone

-------- Original message --------
From: iacpinfo@iacprx.org
Date: 05/12/2015 15:54 (GMT-05:00)
To: "Dr. Craig Woodruff" <craig.woodruff@fps-rx.com>
Subject: IACP Member Alert: Tricare Expands Restrictions on Compound Prescription Claims

## Member Alert

**Tricare** has released an update, today, May 11th, which expands restrictions on compound prescription claims.

### Background

• The average cost for a compound drug has risen from $192 per claim in Dec. 2012 to $2,595 per claim in Dec. 2014, an increase of 1,252%.
• Compound prescriptions account for 0.5% of all DoD prescription volume – compound prescriptions account for over 20% of the total DoD pharmacy costs.
• Compound medications are prescribed for approximately 40,000 of our 9.5 million beneficiaries (0.4% of our total population).

### Recent Actions

• On 01 May 2015, the Department implemented an automated screening and Prior Authorization process through Express Scripts, Inc. (ESI), the TRICARE pharmacy contractor.
• The new measures temporarily decreased compound prescriptions related costs by approximately 74% based on the previous month. However, even at that reduced level, the Department's compound prescription expenditures will still average approximately $145 M per month ($1.7B annually).
• Some compound pharmacies appear to be adjusting their activities and claims to elude the newly implemented controls, and work around the screening process. The initial evidence based on five days of data strongly suggests compounds with dubious clinical evidence and excessive cost continue to impact the system and warrants the implementation of additional administrative controls at the point of service (i.e., interaction with the pharmacy).

### Effective Immediately

• DoD is adopting the ESI "commercial reject list" -- the standard list of ingredients for compound medication that ESI automatically denies for its commercial customers.
• If claim is rejected, the pharmacy can talk with ESI about substitute ingredients, or prescribers can request an individualized Prior Authorization review.
• Based on ESI's historical experience, adopting this screening process resulted in a 95% decrease

4

in compound costs for their commercial clients. The Department expects to realize comparable cost savings.

**Additional Action**

• The Program Integrity office, in consultation with the Office of General Counsel, will refer all cases of providers and pharmacies where we have suspended the payment of claims to the relevant state licensing boards for their awareness and action.
• The Defense Health Agency is initiating an audit of all compounding claims in the last 12 months to determine if recoupment is justified in cases where violations of state or federal law resulted in inappropriate reimbursement.

Please click here to read the entire document.

If you wish to stop receiving email from us, you can simply remove yourself by visiting:
http://www.iacprx.org/members/EmailOptPreferences.aspx?id=25863446&e=craig.woodruff@fps-rx.com&h=50dccb57a53bb6e32b39da575b451c216fbc402d

International Academy of Compounding Pharmacists
4638 Riverstone Blvd.
Missouri City, TX 77459

From: **Jose Otero** jose@fps-rx.com
Subject: Re: Fwd: IACP Member Alert: Tricare Expands Restrictions on Compound Prescription Claims
Date: May 12, 2015 at 10:16 PM
To: Dr. Craig Woodruff craig.woodruff@fps-rx.com
Cc: Ali Polak Simmons ali.simmons@fps-rx.com, Brian Tabor brian.tabor@fps-rx.com, Wilma Wright Wilma.Wright@fps-rx.com, Wes Moss wes.moss@fps-rx.com, #UPG - Upgrade Eligibility ChrisWhite@helixms.com, Gerald Mosak jerry@fps-rx.com, Nicole Johnson nicole.johnson@fps-rx.com, samiramin@msn.com

Didn't we already audit every tricare though six months ago once?

*Sent from my Verizon Wireless 4G LTE DROID*
On May 12, 2015 10:25 PM, "Dr. Craig Woodruff" <craig.woodruff@fps-rx.com> wrote:

There is no way they could have come to the conclusions they did after 5 days. They planned to adopt the 1,000 i hate compounds list all along.
I knew the audits would come. We need to throw all available personnel at preparing for this audit. (See last line in article about auditing ALL compound claims I'm the past 12 months. ) We need to immediately focus on the last 12 months of claims.


Sent from my Verizon Wireless 4G LTE smartphone


-------- Original message --------
From: iacpinfo@iacprx.org
Date: 05/12/2015 15:54 (GMT-05:00)
To: "Dr. Craig Woodruff" <craig.woodruff@fps-rx.com>
Subject: IACP Member Alert: Tricare Expands Restrictions on Compound Prescription Claims


## Member Alert

**Tricare** has released an update, today, May 11th, which expands restrictions on compound prescription claims.

### Background

- The average cost for a compound drug has risen from $192 per claim in Dec. 2012 to $2,595 per claim in Dec. 2014, an increase of 1,252%.
- Compound prescriptions account for 0.5% of all DoD prescription volume – compound prescriptions account for over 20% of the total DoD pharmacy costs.
- Compound medications are prescribed for approximately 40,000 of our 9.5 million beneficiaries (0.4% of our total population).

### Recent Actions

- On 01 May 2015, the Department implemented an automated screening and Prior Authorization process through Express Scripts, Inc. (ESI), the TRICARE pharmacy contractor.
- The new measures temporarily decreased compound prescriptions related costs by approximately 74% based on the previous month. However, even at that reduced level, the Department's compound prescription expenditures will still average approximately $145 M per month ($1.7B annually).
- Some compound pharmacies appear to be adjusting their activities and claims to elude the newly implemented controls, and work around the screening process. The initial evidence based on five days of data strongly suggests compounds with  dubious clinical evidence and excessive cost continue to impact the system and warrants the implementation of additional administrative controls at the point of service (i.e., interaction with the pharmacy).

### Effective Immediately

- DoD is adopting the ESI "commercial reject list" -- the standard list of ingredients for compound

6

medication that ESI automatically denies for its commercial customers.
•   If claim is rejected, the pharmacy can talk with ESI about substitute ingredients, or prescribers can request an individualized Prior Authorization review.
•   Based on ESI's historical experience, adopting this screening process resulted in a 95% decrease in compound costs for their commercial clients. The Department expects to realize comparable cost savings.

**Additional Action**

•   The Program Integrity office, in consultation with the Office of General Counsel, will refer all cases of providers and pharmacies where we have suspended the payment of claims to the relevant state licensing boards for their awareness and action.
•   The Defense Health Agency is initiating an audit of all compounding claims in the last 12 months to determine if recoupment is justified in cases where violations of state or federal law resulted in inappropriate reimbursement.

Please click here to read the entire document.

If you wish to stop receiving email from us, you can simply remove yourself by visiting:
http://www.iacprx.org/members/EmailOptPreferences.aspx?id=25863446&e=craig.woodruff@fps-rx.com&h=50dccb57a53bb6e32b39da575b451c216fbc402d

International Academy of Compounding Pharmacists
4638 Riverstone Blvd.
Missouri City, TX 77459

From: **Dr. Craig Woodruff** craig.woodruff@fps-rx.com
Subject: RE: Fwd: IACP Member Alert: Tricare Expands Restrictions on Compound Prescription Claims
Date: May 13, 2015 at 3:20 AM
To: Jose Otero jose@fps-rx.com
Cc: Ali Polak Simmons ali.simmons@fps-rx.com, Brian Tabor brian.tabor@fps-rx.com, Wilma Wright Wilma.Wright@fps-rx.com, Wes Moss wes.moss@fps-rx.com, #UPG - Upgrade Eligibility ChrisWhite@helixms.com, Gerald Mosak jerry@fps-rx.com, Nicole Johnson nicole.johnson@fps-rx.com, samiramin@msn.com

We decided to preaudit everything for ESI in March when we were served with the Suponea over the Toni Dobson / Dr. Vergot issues on March 1st.
They began working on it, but then April came and the huge push to fill for Tricare resulted in Patricia being pulled off that project to help in the lab, etc.  Then the move occurred and they just restarted that last week.
At least we know they can focus on just the last 12 months for now.
Craig

*Sent from my Verizon Wireless 4G LTE smartphone*

-------- Original message --------
From: Jose Otero <jose@fps-rx.com>
Date: 05/12/2015 23:16 (GMT-05:00)
To: "Dr. Craig Woodruff" <craig.woodruff@fps-rx.com>
Cc: Ali Polak Simmons <ali.simmons@fps-rx.com>, Brian Tabor <brian.tabor@fps-rx.com>, Wilma Wright <Wilma.Wright@fps-rx.com>, Wes Moss <wes.moss@fps-rx.com>, #UPG - Upgrade Eligibility <ChrisWhite@helixms.com>, Gerald Mosak <jerry@fps-rx.com>, Nicole Johnson <nicole.johnson@fps-rx.com>, samiramin@msn.com
Subject: Re: Fwd: IACP Member Alert: Tricare Expands Restrictions on Compound Prescription Claims

Didn't we already audit every tricare though six months ago once?

*Sent from my Verizon Wireless 4G LTE DROID*
On May 12, 2015 10:25 PM, "Dr. Craig Woodruff" <craig.woodruff@fps-rx.com> wrote:

There is no way they could have come to the conclusions they did after 5 days. They planned to adopt the 1,000 I hate compounds list all along.
I knew the audits would come. We need to throw all available personnel at preparing for this audit. (See last line in article about auditing ALL compound claims I'm the  past 12 months. ) We need to immediately focus on the last 12 months of claims.

*Sent from my Verizon Wireless 4G LTE smartphone*

-------- Original message --------
From: iacpinfo@iacprx.org
Date: 05/12/2015 15:54 (GMT-05:00)
To: "Dr. Craig Woodruff" <craig.woodruff@fps-rx.com>
Subject: IACP Member Alert: Tricare Expands Restrictions on Compound Prescription Claims

## Member Alert

**Tricare** has released an update, today, May 11th, which expands restrictions on compound prescription claims.

### Background

• The average cost for a compound drug has risen from $192 per claim in Dec. 2012 to $2,595 per claim in Dec. 2014, an increase of 1,252%.
• Compound prescriptions account for 0.5% of all DoD prescription volume – compound prescriptions account for over 20% of the total DoD pharmacy costs.
• Compound medications are prescribed for approximately 40,000 of our 9.5 million beneficiaries (0.4% of our total population).

### Recent Actions

8

- On 01 May 2015, the Department implemented an automated screening and Prior Authorization process through Express Scripts, Inc. (ESI), the TRICARE pharmacy contractor.
- The new measures temporarily decreased compound prescriptions related costs by approximately 74% based on the previous month. However, even at that reduced level, the Department's compound prescription expenditures will still average approximately $145 M per month ($1.7B annually).
- Some compound pharmacies appear to be adjusting their activities and claims to elude the newly implemented controls, and work around the screening process. The initial evidence based on five days of data strongly suggests compounds with   dubious clinical evidence and excessive cost continue to impact the system and warrants the implementation of additional administrative controls at the point of service (i.e., interaction with the pharmacy).

**Effective Immediately**

- DoD is adopting the ESI "commercial reject list" -- the standard list of ingredients for compound medication that ESI automatically denies for its commercial customers.
- If claim is rejected, the pharmacy can talk with ESI about substitute ingredients, or prescribers can request an individualized Prior Authorization review.
- Based on ESI's historical experience, adopting this screening process resulted in a 95% decrease in compound costs for their commercial clients. The Department expects to realize comparable cost savings.

**Additional Action**

- The Program Integrity office, in consultation with the Office of General Counsel, will refer all cases of providers and pharmacies where we have suspended the payment of claims to the relevant state licensing boards for their awareness and action.
- The Defense Health Agency is initiating an audit of all compounding claims in the last 12 months to determine if recoupment is justified in cases where violations of state or federal law resulted in inappropriate reimbursement.

Please click here to read the entire document.

If you wish to stop receiving email from us, you can simply remove yourself by visiting:
http://www.iacprx.org/members/EmailOptPreferences.aspx?id=25863446&e=craig.woodruff@fps-rx.com&h=50dccb57a53bb6e32b39da575b451c216fbc402d

International Academy of Compounding Pharmacists
4638 Riverstone Blvd.
Missouri City, TX 77459

From: **Jose Otero** jose@fps-rx.com
Subject: Fwd: IACP Member Alert: Tricare Expands Restrictions on Compound Prescription Claims
Date: May 13, 2015 at 10:18 AM
To: Chris White PSC chriswhitepharmd@gmail.com



Please understand that no tricare commissions will be paid until this audit hits. As it stands we are at over 1.2 million in returns for telemed tricare.

*Sent from my Verizon Wireless 4G LTE DROID*
---------- Forwarded message ----------
From: "Dr. Craig Woodruff" <craig.woodruff@fps-rx.com>
Date: May 12, 2015 10:25 PM
Subject: Fwd: IACP Member Alert: Tricare Expands Restrictions on Compound Prescription Claims
To: Wes Moss <wes.moss@fps-rx.com>, Jose Otero <jose@fps-rx.com>, Ali Polak Simmons <ali.simmons@fps-rx.com>, Gerald Mosak <jerry@fps-rx.com>, Wilma Wright <Wilma.Wright@fps-rx.com>, Nicole Johnson <nicole.johnson@fps-rx.com>, "samiramin@msn.com" <samiramin@msn.com>, #UPG - Upgrade Eligibility <ChrisWhite@helixms.com>, Brian Tabor <brian.tabor@fps-rx.com>
Cc:

There is no way they could have come to the conclusions they did after 5 days. They planned to adopt the 1,000 I hate compounds list all along.
I knew the audits would come. We need to throw all available personnel at preparing for this audit. (See last line in article about auditing ALL compound claims I'm the past 12 months. ) We need to immediately focus on the last 12 months of claims.

*Sent from my Verizon Wireless 4G LTE smartphone*

-------- Original message --------
From: iacpinfo@iacprx.org
Date: 05/12/2015 15:54 (GMT-05:00)
To: "Dr. Craig Woodruff" <craig.woodruff@fps-rx.com>
Subject: IACP Member Alert: Tricare Expands Restrictions on Compound Prescription Claims

## Member Alert

**Tricare** has released an update, today, May 11th, which expands restrictions on compound prescription claims.

### Background

• The average cost for a compound drug has risen from $192 per claim in Dec. 2012 to $2,595 per claim in Dec. 2014, an increase of 1,252%.
• Compound prescriptions account for 0.5% of all DoD prescription volume – compound prescriptions account for over 20% of the total DoD pharmacy costs.
• Compound medications are prescribed for approximately 40,000 of our 9.5 million beneficiaries (0.4% of our total population).

### Recent Actions

• On 01 May 2015, the Department implemented an automated screening and Prior Authorization process through Express Scripts, Inc. (ESI), the TRICARE pharmacy contractor.
• The new measures temporarily decreased compound prescriptions related costs by approximately 74% based on the previous month. However, even at that reduced level, the Department's compound prescription expenditures will still average approximately $145 M per month ($1.7B annually).
• Some compound pharmacies appear to be adjusting their activities and claims to elude the newly implemented controls, and work around the screening process. The initial evidence based on five days of data strongly suggests compounds with   dubious clinical evidence and excessive cost continue to impact the system and warrants the implementation of additional administrative controls at the point of service (i.e., interaction with the pharmacy)

11

at the point of service (i.e., interaction with the pharmacy).

**Effective Immediately**

• DoD is adopting the ESI "commercial reject list" -- the standard list of ingredients for compound medication that ESI automatically denies for its commercial customers.
• If claim is rejected, the pharmacy can talk with ESI about substitute ingredients, or prescribers can request an individualized Prior Authorization review.
• Based on ESI's historical experience, adopting this screening process resulted in a 95% decrease in compound costs for their commercial clients. The Department expects to realize comparable cost savings.

**Additional Action**

• The Program Integrity office, in consultation with the Office of General Counsel, will refer all cases of providers and pharmacies where we have suspended the payment of claims to the relevant state licensing boards for their awareness and action.
• The Defense Health Agency is initiating an audit of all compounding claims in the last 12 months to determine if recoupment is justified in cases where violations of state or federal law resulted in inappropriate reimbursement.

Please click here to read the entire document.

If you wish to stop receiving email from us, you can simply remove yourself by visiting:
http://www.iacprx.org/members/EmailOptPreferences.aspx?id=25863446&e=craig.woodruff@fps-rx.com&h=50dccb57a53bb6e32b39da575b451c216fbc402d

International Academy of Compounding Pharmacists
4638 Riverstone Blvd.
Missouri City, TX 77459

EXHIBIT 20

MEDIVERSE DISCOVERY

EXHIBIT 222

(MEDIVERSE - EMAIL - OZIL - EMAIL FORWARDED
ABOUT INFO ON THE COMPANY INFO ON THE OZIL
GROUP)



From: **mediverse sales** sales@fps-rx.com
Subject: Fwd: CRMW Inc. DBA National Pain Relief
Date: February 10, 2015 at 7:54 PM
To: chriswhite@helixms.com



Hey man
Heres the company info that Bobby sent me for the agreement
Thanks

> Begin forwarded message:
>
> **Date:** February 9, 2015 at 6:38:20 PM CST
> **Subject: CRMW Inc. DBA National Pain Relief**
> **From:** Debt Service <debtservice79@gmail.com>
> **To:** mediverse sales <sales@fps-rx.com>
> **Cc:** Christian Ozil <christian@nationwidepartners.org>
>
> Eric,
>
>
> I forgot to provide company information for the agreement:
>
>
> CRMW Inc.
> 575 Anton Blvd 3rd Floor
> Costa Mesa, CA 92626
> President/COO: Christian Mohases

# EXHIBIT 21



MEDIVERSE DISCOVERY


EXHIBIT 83


(FPS/MEDIVERSE - MEDIVERSE TAGGED EMAIL FROM
WES MOSS ABOUT A PHARMACY ARTICLE)

From: **Wes Moss**  wes.moss@fps-rx.com
Subject: Investigation: Insurance billed $18,000 for unwanted pain meds - CBS News
Date: February 23, 2015 at 6:11 PM
To: Chris White  ChrisWhite@helixms.com,  **Jose Otero**  jose@fps-rx.com

http://www.cbsnews.com/news/investigation-insurance-billed-18000-for-unwanted-pain-meds/
Telemarketer and compound lab .. Express then lies about the efficacy..

Sent from my iPhone

Mediverse000917

From: **Chris White** ChrisWhite@helixms.com
Subject: Re: Investigation: Insurance billed $18,000 for unwanted pain meds - CBS News
Date: February 23, 2015 at 7:53 PM
To: Wes Moss wes.moss@fps-rx.com

Wow. Really

Sent from my iPhone

> On Feb 23, 2015, at 6:11 PM, Wes Moss <wes.moss@fps-rx.com> wrote:
>
> http://www.cbsnews.com/news/investigation-insurance-billed-18000-for-unwanted-pain-meds/
> Telemarketer and compound lab .. Express then lies about the efficacy..
>
> Sent from my iPhone

Mediverse000918

# EXHIBIT 22

MEDIVERSE DISCOVERY

EXHIBIT 224

(MEDIVERSE - EMAIL - OZIL - EMAIL FORWARDED FROM
OZIL INTRODUCING MEDIVERSE TO CHRIS O'HARA AT
1ST CARE MD IN WHICH OZIL WAS REQUESTING 1ST
CARE GET SET UP WITH THE PHARMACY)



EXHIBIT

6⁴

From: **Debt Service** debtservice79@gmail.com
Subject: Teledoc set up for Pharmacy #2
Date: February 27, 2015 at 6:36 PM
To: chris@1stcaremd.com
Cc: wayne@1stcaremd.com, mediverse sales sales@fps-rx.com, Chris White ChrisWhite@helixms.com, Christian Ozil christian@nationwidepartners.org

Chris Ohara,

I want to get our pharmacy in Florida Mediverse LLC set up so we can send patient scripts to their pharmacy. Attached find the script pad the MD's will use. I will have Chris White or Eric Mayes send you the fax number for the pharmacy. Let me know if you need anything from me. I will be placing each of your phone numbers down below.

Sincerely,

Bobby Williams-National Pain Relief

Eric Mayes (850)525-5873

Chis White (850)447-2280

Chris Ohara (830) 339-1872

Wayne Moore (954)205-1043

---

**PATIENT INFORMATION**
Patient *Full* Name: _____ DOB:___/___/____ Work Comp/PIP: Y__N___ Dr *Printed* Name:_____
Address: _____ City: _____ State:____ Zip: _____ *Cell* Phone #:(_____)_____ Allergies:_____

INFLAMMATORY Pain
I - Flurbiprofen 15%, Dexamethasone 0.1%, Ketotifen 0.5%, Baclofen 2%, Cyclobenzaprine 2%, Diclofenac 5%, Bupivacaine 5%   *add* ☐ Menthol 2% *for Pain*

EXHIBIT 23

Page 1

1            UNITED STATES DISTRICT COURT

                       for the

2            Middle District of Florida

3   UNITED STATES ex rel.      )

    BRADY MCFARLAND,            )

4      Plaintiff,               )

                                )

5   vs.                         )   CASE NO.

                                )   8:15-CV-01708-SDM-TGW

6                               )

    FLORIDA PHARMACY            )

7   SOLUTIONS INC., et al,      )

       Defendants.              )

8

9           ************************************

10            ORAL AND TELEPHONIC DEPOSITION

11                 CHRISTOPHER O'HARA

12                  AUGUST 17, 2018

13          ************************************

14      ORAL AND TELEPHONIC DEPOSITION OF CHRISTOPHER

15   O'HARA, produced as a witness at the instance of the

16   Plaintiff and duly sworn, was taken in the above-styled

17   and numbered cause on the 17th day of August, 2018, from

18   1:05 p.m. to 3:04 p.m., before Lauren M. Morin,

19   Certified Shorthand Reporter in and for the State of

20   Texas, reported by computerized stenotype machine at the

21   offices of Reid Collins & Tsai LLP, 1301 S. Capital of

22   Texas Highway, Suite C300, Austin, Texas 78746, pursuant

23   to the Federal Rules of Civil Procedure and the

24   provisions stated on the record or attached hereto.

25

Page 2

```
 1                      A P P E A R A N C E S

 2

 3    FOR THE PLAINTIFF:

 4         Mr. Ryan M. Goldstein
           REID COLLINS TSAI LLP
 5         1301 S. Capital of Texas Hwy
           Building C, Suite 300
 6         Austin, Texas 78746
           Telephone: (512) 647-6100
 7         E-mail: rgoldstein@rctlegal.com

 8    FOR THE DEFENDANTS:

 9         Mr. Mark S. Thomas
           THOMAS HEALTH LAW GROUP, PA
10         5200 SW 91st Terrace
           Suite 101-B
11         Gainesville, Florida 32608
           Telephone: (352) 372-9990
12         E-mail: mark@thomashlg.com

13    FOR THE WITNESS:

14         Mr. Michael McCrum
           McCRUM LAW OFFICE
15         404 East Ramsey Rd.
           Suite 102
16         San Antonio, Texas 78216
           Telephone: (210) 225-2285
17         E-mail: michael@mccrumlegal.com

18

19

20

21

22

23

24

25
```

Page 4

1                     CHRISTOPHER O'HARA,

2     having been first duly sworn, testified as follows:

3                          EXAMINATION

4     Questions By Mr. Goldstein:

5          Q    Hi, Mr. O'Hara.  My name is Ryan Goldstein.  I

6     represent the plaintiff in -- in the case we're here to

7     talk about today.

8                     Could you state your full name for the

9     record.

10         A    Christopher O'Hara.

11         Q    And where do you reside, Mr. O'Hara?

12         A    In Kingsbury, Texas.

13         Q    Do you understand that you're here today as a

14    corporate representative of 1stCare MD?

15         A    Yes.

16         Q    And what is your position with 1stCare MD?

17         A    I'm the president.

18         Q    And for how long have you been the president of

19    1stCare MD?

20         A    Since 2013.

21         Q    Is that when the company was founded?

22         A    Yes.

23         Q    Did you found the company?

24         A    Yes.

25         Q    Are you familiar with a company called

1     1stCare perform services for Mediverse?

2         A     Yes.

3         Q     Generally speaking, what were those services?

4         A     As I said, we have a portal that -- that

5     connects a patient to a doctor based upon the state that

6     the patient resides in.

7         Q     Okay.  And so besides having a portal that can

8     connect a patient from a certain state to a doctor in a

9     certain state, what specifically does -- did 1stCare MD

10    do for Mediverse?

11        A     So we provide access to that portal, and then

12    we manage that portal so that the system automatically

13    assigns that patient to a doctor.  But if a doctor isn't

14    in a timely manner calling that patient, then our

15    personnel will assign that patient to another doctor

16    and, you know, do our best to ensure that that patient

17    has a consult in the most timely manner possible.

18        Q     I see.  So did 1stCare MD have a roster of --

19    of doctors who worked for 1stCare MD?

20        A     Yes.  And doctors register in the portal, and

21    that -- and that makes them eligible to -- to receive

22    the patients based upon, you know, the state the doctor

23    is licensed in.

24        Q     Okay.  So is it fair to describe 1stCare MD's

25    services as linking patients with the 1stCare MD

```
                                                    Page 9
```

1    doctors?

2        A    I guess you could -- you could characterize it

3    as that.

4        Q    Did first -- I'm sorry.  Go ahead.

5        A    I was going to say, you know, we provide that

6    portal so when a patient requests an appointment, it

7    gets to a doctor, and then we do our best to ensure

8    that -- that those patient requests are -- are, you

9    know, met in a timely manner.

10       Q    I see.  And how do patients enter into the

11   portal in the first instance?

12       A    They can -- they can enter their information

13   into -- you know, into the portal, or in the case of

14   Mediverse, their information can be uploaded into the

15   portal and then it get -- and it comes in through an

16   upload.

17       Q    I see.  So for the patients that were

18   associated with Mediverse, it was Mediverse that

19   uploaded patient information into the portal?

20       A    Mediverse or their agents.  I'm not sure who --

21   who would have done that.

22       Q    But it wasn't the patients themselves who were

23   sort of logging in and entering their names and info

24   into the portals?

25       A    No.

Page 10

1       Q      Okay.

2       A      I don't believe so, no.

3       Q      And at the time that first -- when did 1stCare

4   begin working with Mediverse?  I'm sorry, I thought

5   maybe you said.

6       A      It was -- it was in 2015.  I don't know the

7   exact dates, but it was -- you know, I think it was

8   right around March.

9       Q      Okay.  So in the spring of 2015 when 1stCare

10  first began working with Mediverse, what was your

11  understanding as to Mediverse's business?

12      A      You know, I thought that they were in the

13  pharmacy business.

14      Q      You thought that Mediverse was a pharmacy?

15      A      Yes.

16      Q      And what -- why did you believe that Mediverse

17  was a pharmacy?

18      A      I just -- I just thought they were, and maybe

19  because, you know, Chris was a doctor.  That's why --

20  maybe that's why I thought -- I thought it, but it was

21  just my understanding.

22      Q      It was your understanding that Mediverse was a

23  pharmacy who was in need of 1stCare MD's telemedicine

24  services?

25      A      Well, their -- their patients were in need of

Page 11

1    it, yes, so...

2         Q     The patients of Mediverse?

3         A     Yeah, or the patients that were requesting

4    product from the -- from Mediverse.

5         Q     And this was in the spring of 2015?

6         A     Right.

7         Q     For how long did 1stCare MD perform services

8    for Mediverse?

9         A     I believe it was only for -- for about a

10   two-month period.

11        Q     Just a two-month period?

12        A     Yeah.

13        Q     When Mediverse first contacted you seeking

14   services, did Mr. White explain to you where its

15   patients were coming from, how it was finding its

16   patients?

17        A     No.

18        Q     Did you ask him to tell you where his patients

19   were coming from?

20        A     No.

21        Q     Okay.  So let's walk through the way that the

22   portal worked.  Mediverse, I take it, had some way of

23   logging into the portal?

24        A     Yes.

25        Q     Through a user name and a password?

                                                            Page 12

1        A    Yes.

2        Q    Okay.  And so someone from Mediverse could log

3    into the portal -- what was the portal called?

4        A    We just called it the 1stCare portal, but...

5        Q    The 1stCare portal.  Someone from Mediverse

6    could log into the 1stCare port- -- excuse me -- 1stCare

7    portal and upload patient information into the portal?

8        A    Right.

9        Q    And what type of information would be uploaded

10   into the portal?

11       A    They would upload a PDF form, and they would

12   enter the patient's state and the patient's name.  And

13   they had the option to enter patient's phone number into

14   the portal.

15       Q    And what was the PDF form that the Mediverse

16   individual uploaded into the portal?

17       A    The PDF is an -- is an intake form and a -- and

18   a -- a script pad that corresponds to the pharmacy's

19   products.

20       Q    I see.  And so that intake form that Mediverse

21   uploaded into the portal, what type of information did

22   it include?

23       A    It had the patient's demographics on there, and

24   then it had, you know, a brief medical history of the

25   patient and a description of their current ailment, as

```
                                             Page 13
 1   well.
 2        Q    Did 1stCare gather that information from the
 3   patient?
 4        A    No.
 5        Q    Was it your understanding and 1stCare's
 6   understanding that Mediverse had gathered that
 7   information from the patient?
 8        A    I'm not sure if they gathered it or, you know,
 9   exactly where it -- it came from.  I don't know what
10   their methodology was of -- of getting that, but -- but
11   the form came through -- you know, came through
12   Mediverse.
13        Q    Did you have any understanding as to whether
14   Mediverse has its -- had its own sales force in the
15   spring of 2015?
16        A    I don't know the nature of their sales force,
17   what was internal or external.
18        Q    Sitting here today, can you estimate how many
19   consultations Mediverse uploaded into the portal during
20   those two months of 2015?
21        A    I believe it was about 1,100.
22        Q    But you have no understanding as to how those
23   1,100 patients became Mediverse patients that Mediverse
24   uploaded into the 1stCare portal?
25        A    No.
```

                                                            Page 14

1        Q     Okay.  So Mediverse uploads electronically a

2    demographic PDF containing patient information, I

3    believe you said.  Is that right?

4        A     Right.

5        Q     And then you also stated a prescription pad.

6    Is that right?

7        A     Yes.

8        Q     And what -- what type of information was on the

9    prescription pad that Mediverse uploaded into the

10   portal?

11       A     It would be products that they are promoting.

12       Q     I see.  So the prescription pad that Mediverse

13   uploaded included the products that Mediverse was hoping

14   a 1stCare doctor would write a prescription for?

15       A     Yes.

16       Q     Okay.  And then what happened?  The demographic

17   sheet and the PDF of the script pad are loaded into the

18   portal.  And then does 1stCare do something at that

19   point?

20       A     No; everything happens automatically.  So the

21   portal, based upon the patient's state, will assign that

22   to a doctor, and that automatically goes out to the

23   doctor.  The doctor gets a -- an e-mail that says: you

24   have a patient waiting.  And then it's up to the doctor

25   to log into their portal, and they would see a list of

                                                    Page 18

1    did the doctor use the portal to do that?

2        A    No.   There's a fax number that is on -- that is

3    on the -- that's on those forms that is available to the

4    doctor.   But if the patient requested that script, for

5    whatever reason, to go to a different pharmacy, you

6    know, the doctor can send it to another pharmacy.

7        Q    Okay.   But in the scenario where the patient

8    doesn't have any comments on which pharmacy to use, the

9    doctor is -- the doctor was directed to send it to

10   whatever fax number was listed on the -- the forms that

11   Mediverse had uploaded into the system?

12       A    Yes.

13       Q    And that fax number was listed specifically on

14   the forms?

15       A    Yeah, it's on the form.

16       Q    Okay.   And the doctor would send that fax

17   through a -- an actual traditional fax machine?   Or was

18   it sent through the portal?

19       A    No, the portal didn't -- didn't fax anything,

20   it didn't -- so whatever -- however -- however the

21   doctor sent that fax, whether it was a fax machine or an

22   e-fax or whatever, that was up to each, you know,

23   individual doctor, however they did it.

24       Q    Okay, understood.

25              Okay.   I'm going to mark as Exhibit 41 --

1                 THE WITNESS:  Can I get some more water?

2                 MR. GOLDSTEIN:  Yeah, if we want to take a

3     five-minute break, we can do that.

4                 THE WITNESS:  Well, I'm just going to --

5     can just get it right there.

6                 MR. GOLDSTEIN:  Okay, go ahead.

7                 (Exhibit 41 marked)

8         Q.   (BY MR. GOLDSTEIN)  I've marked as Exhibit 41 a

9     four-page document with a Bates number on the bottom

10    1stCare MD 000690 through 1stCare MD 000693.  Take a

11    second to -- to look at this document.

12        A    Okay.

13        Q    The first page of this document is entitled

14    Topical Compounded Therapy, and it's a three-page

15    document.  Do you recognize this document?

16        A    Yes.

17        Q    What is this document?

18        A    So this is the form that -- that Mediverse

19    would upload that gives the doctor the demographic

20    information on the patient.

21        Q    Okay.  So this was -- when you testified

22    earlier that -- that Mediverse uploaded into the portal

23    a PDF with patient demographic information, this is the

24    document you were talking about?

25        A    Yes.

1      Q     Okay.  And if you'll -- if you'll look at the

2    top left, there's a heading called Patient Information.

3    Do you see that?

4      A     Yep.

5      Q     And below that, there's a number of -- of data

6    fields about the patient: name, date of birth --

7      A     Uh-huh.

8      Q     -- et cetera.

9      A     Right.

10     Q     And to the right of that is a section called

11   Patient Insurance Information.  Do you see that?

12     A     Right.

13     Q     And there's a section that says Company Name?

14     A     Yep.

15     Q     And Mediverse is filled in?

16     A     Right.

17     Q     Do you have any understanding as to why

18   Mediverse wrote its name into this form?

19     A     No.

20     Q     But it wasn't 1stCare MD that added the name

21   Mediverse in there, was it?

22     A     No.

23     Q     And this is how it arrived into the portal?

24     A     Yes.

25     Q     Okay.  And then below that is the insurance

```
                                              Page 21
 1    name, which in this case is TRICARE.  Do you see that?

 2         A    Yes.

 3         Q    Was it, again, Mediverse that filled out that

 4    information into this questionnaire?

 5         A    Yes.

 6         Q    At the bottom of this section is the patient's

 7    home phone number.  Do you see that?  Home phone number,

 8    9- --

 9         A    Yes.

10         Q    Okay.  Again, is it Mediverse that lists that

11    information in the questionnaire?

12         A    Yes.

13         Q    Okay.  And then below that is a -- is a section

14    called Preferred Pharmacy Fax.  Do you see that?

15         A    Yes.

16         Q    Is this what you were testifying to earlier

17    that there was a fax number enlisted in the materials

18    provided by Mediverse that would tell the doctor which

19    fax number to use should the doctor sign a prescription?

20         A    Yes.

21         Q    And here it's (888) 732-7207?

22         A    Yes.

23         Q    Do you know what pharmacy that fax number

24    pertains to?

25         A    No.
```

1     Q    Below that is a section that lists patient

2    details.   Is this the type of information that a doctor

3    would review prior to performing a telemedicine

4    consultation for the Mediverse patients?

5     A    Yes.

6     Q    And if you go to the second page, there's a

7    section below the heading: "Please check any of the

8    following medical conditions that apply."  And then

9    there are various sections: the first one is

10   inflammatory pain; the second one is neuropathic pain;

11   the third one is combination pain.  And then there's

12   blanks where there's information filled in.  Do you see

13   that?

14    A    Yes.

15    Q    And for neuropathic pain, it says, "Location of

16   pain?" and then someone has written in: "feet."  "Type

17   of pain?"  And someone has written in: "tingling and

18   numbness."  Do you see that?

19    A    Yes.

20    Q    Is that, again, information that is added into

21   the form by Mediverse?

22    A    Yes.

23    Q    And so when the information is uploaded into

24   the 1stCare patient portal, this information's already

25   included in the form?

Page 23

1      A     Yes.

2      Q     And is this, again, the type of information

3   that the doctor would look at prior to performing the

4   telemedicine consultation?

5      A     Yes.

6      Q     If you flip to the third page of Exhibit 41, at

7   the bottom there's a Special Notes area.  Do you see

8   that?

9      A     Yes.

10     Q     And someone has written in: "Neuropathic pain

11  cream- for relief from pain and numbness in the feet;

12  SCAR Complete- to assist with scars from multiple

13  surgeries; and Wellness Caps- to improve diabetic

14  state."  Do you see that?

15     A     Yes.

16     Q     Are those notes that are added into the form by

17  Mediverse?

18     A     Yes.

19     Q     And so when this form is uploaded into the

20  1stCare MD portal, this information is already included

21  in the packet?

22     A     Yes.

23     Q     Are these essentially recommendations as to

24  what products the patient might need a prescription for?

25     A     Well, but -- that's what they may be if they

Page 24

1   correspond to what's on the script pad.

2       Q    Well, let's flip to the script pad, which is

3   the fourth page.

4                When you testified earlier that Mediverse

5   would upload into the portal a prescription pad for the

6   particular pharmacy, is this what you were talking

7   about, this fourth page of Exhibit 41?

8       A    Yes.

9       Q    Okay.  So let's look at this.  The -- the

10  patient information appears to be filled in at the top.

11  Again, it's Patient D███ I████, which if you could just

12  take a look.  Does that match the name of the patient on

13  the front of the questionnaire?

14      A    Yes.

15      Q    So the same patient as the questionnaire, this

16  is now the prescription pad for this particular patient?

17      A    Yes.

18      Q    And there are various categories of products on

19  this form, the first being pain.  And next to pain,

20  there are various options and one of them is neuropathic

21  pain.  Do you see that?

22      A    Yeah, I guess that's the N.  Yeah.

23      Q    Do you see an N?

24      A    Yeah, right -- does it say -- does it say

25  neuropathic or just --

```
                                              Page 25

 1                (Simultaneous speaking; not reportable)

 2      Q.   (BY MR. GOLDSTEIN)   Just -- I think just --

 3      A    Right?  Yeah.

 4      Q    Well, just above the N is a -- I think it says

 5   neuropathic --

 6      A    Oh, yeah.

 7      Q    -- there, yeah.

 8      A    Yeah, that is -- yeah.

 9                (Reporter instruction)

10      Q.   (BY MR. GOLDSTEIN)   And next to that N, below

11   the heading Neuropathic Pain, there's a checkmark.  Do

12   you see that?

13      A    Yes.

14      Q    And I -- I believe it's an electronic checkmark

15   from a fillable PDF.  Is that right?

16      A    Yes.

17      Q    And so this prescription pad that was uploaded

18   into the 1stCare MD portal, did it arrive into the

19   portal looking like this with the checkmark already

20   provided next to that particular product?

21      A    Yes.

22      Q    And, again, was that Mediverse who filled in

23   that information, or 1stCare MD?

24      A    It was not 1stCare MD.  We don't touch any of

25   these forms.
```

1      Q     Okay.  And you'll see there are two other

2   checkmarks on this prescription, one in the scar

3   category for SCAR Complete.  Do you see that about

4   halfway down the page?

5      A     Yep.

6      Q     And then at the bottom, one next to the word

7   "well;" there's a checkmark next to Wellness Caps.  Do

8   you see that?

9      A     Yes.

10      Q     Do those three products, the neuropathic pain

11   product, the SCAR Complete, and the Wellness Caps match

12   up to the three products that were listed in the special

13   notes field of the questionnaire?

14      A     Yes.

15      Q     And, again, that's information that Mediverse

16   put into these forms before uploading it into the

17   1stCare MD portal?

18      A     Yes.

19      Q     At the bottom left corner of the prescription

20   pad, there's a box with a code N, as in Nancy, 1.  Is

21   that a 1stCare MD code?

22      A     No.

23      Q     And then at the bottom, there's -- there's no

24   doctor signature on this version of the form.  So am I

25   correct that the form that's uploaded in the 1stCare MD

Page 30

1     Q     You can put that to the side.

2                (Exhibit 43 marked)

3     Q.   (BY MR. GOLDSTEIN)  I'm going to mark as

4  Exhibit 43 a spreadsheet that was produced as a native

5  file.  So it's 14 pages long, but it only has a single

6  Bates Number, which is 1stCareMD002649.  Take a second

7  to review this document.

8     A     (Reviewing document.)

9                Okay.

10    Q     Is this a spreadsheet that 1stCare MD produced

11  to Mr. McFarland in this litigation?

12    A     Yes.

13    Q     And what is this spreadsheet?

14    A     So this is a list that the -- of the patients

15  that requested consults through Mediverse.

16    Q     Did you prepare this spreadsheet?

17    A     Yes.

18    Q     How did you go about preparing this

19  spreadsheet?

20    A     So we selected all of the patients that were

21  uploaded through the Mediverse portal.

22    Q     And when you say "we selected," are you -- are

23  you testifying that you could log into the portal and

24  somehow isolate only those patients who were uploaded by

25  Mediverse and not some other person doing uploading?

```
                                                Page 31
 1        A     Yes; by the group designator.

 2        Q     And are you pointing to the third column

 3   entitled Group?

 4        A     Right.

 5        Q     And below that, for each of the rows in this

 6   spreadsheet is the -- the text Medi, M-E-D-I,

 7   @1stCareMD.com?

 8        A     Yes.

 9        Q     What -- what does Medi@1stCareMD.com signify?

10        A     That is their log-in, and then they would have

11   a password, and that's how they access the portal.

12        Q     That was Mediverse's log-in to the 1stCare MD

13   portal?

14        A     Yes.

15        Q     So other patients who were not uploaded by

16   Mediverse that are in the portal are not reflected in

17   this spreadsheet because you didn't include them as the

18   group.  Is that right?

19        A     Right.

20        Q     And is it 1stCare's practice to maintain these

21   types of records in the portal?

22        A     Yes.

23        Q     In other words, 1stCare MD provides

24   telemedicine services, is that right? for patients.

25        A     Yes.
```

                                                             Page 32

1        Q     And these are records that reflect or track the

2    telemedicine consults that 1stCare MD doctors provided

3    to patients?

4        A     Yes.

5        Q     And so 1stCare MD has maintained these

6    documents as part of its business?

7        A     Yes, we've maintained them.

8        Q     Okay.

9              Let's go through each of the fields of

10   this spreadsheet.  So the first column is listed -- is

11   listed as OrigID, O-R-I-G-I-D.  What does that column

12   signify?

13       A     That's just -- that's just a record ID in the

14   database.

15       Q     So is it the case that each patient has a

16   unique ID assigned to him or her?

17       A     Yes.

18       Q     Okay.  And what is the second column listed as

19   date?

20       A     That's the date that the upload took place.

21       Q     That the -- the upload took place -- that

22   Mediverse uploaded the data into the 1stCare portal?

23       A     Yes.

24       Q     Okay.  And looking at the dates listed in this

25   spreadsheet -- and you can flip through it if you

1      A    3/31.

2      Q    2015?

3      A    Yes.

4      Q    And does that line up with the date listed in

5   the processed column for Ms. R█████ in Exhibit 43, the

6   spreadsheet on page -- the bottom of page 4?

7      A    Yes.

8      Q    Okay.  I want you to take a look at -- in

9   Exhibit 46 the S██████ R█████ prescription.  There's a

10  page marked BM832 about four pages in.

11     A    Okay.

12     Q    Do you recognize this page of Exhibit 46?

13     A    It's a fax cover sheet.

14     Q    It's a fax cover sheet.  And on the top, in

15  the -- in the fax small text, it says, "From 1stCare MD

16  physician fax."  Do you see that?

17     A    Yes.

18     Q    Is that a number associated with Dr. Gavrikov

19  or with 1stCare MD more generally?

20     A    That's probably our -- our -- you know, one of

21  our fax numbers.

22     Q    So is it possible that, for certain

23  prescriptions, it was 1stCare MD that faxed the

24  prescription into the pharmacy?

25     A    Yes.

```
                                                    Page 49

 1      Q     Okay.  And then the "to" field lists

 2   (888) 732-7207.  Is that the same number that's listed

 3   as the preferred fax number in the topical compounded

 4   pharmacy questionnaire?

 5      A     Yes.

 6      Q     And so is this -- this is an example of the

 7   prescription being sent into the preferred fax number?

 8      A     Yes.

 9      Q     Do you recognize the fax number -- the "from"

10   fax number: (888) 550-9157?

11      A     Offhand, I don't recognize that fax number, but

12   I believe it's -- it's -- it's, you know, one of ours

13   based on the header.

14      Q     And if you flip back a page to the page marked

15   BM831, do you recognize this document?

16      A     On advice of counsel, I'm not going to speak

17   about that document.

18              MR. GOLDSTEIN:  Can we go off the record

19   for a second.

20              (Brief discussion off the record)

21      Q.  (BY MR. GOLDSTEIN)  Mr. O'Hara, you testified

22   earlier that Mediverse was -- strike that.

23              Was there anyone -- anyone from Mediverse

24   other than Chris White who you communicated with during

25   the time in which 1stCare MD worked with Mediverse?
```

Page 56

1     A     No, I don't.

2     Q     You can put that one to the side.

3           In March and April of 2015 when 1stCare MD

4     and Mediverse worked together on, I think what you

5     estimated at 1,100 patient consultations, who did you

6     predominantly communicate with from Mediverse?

7     A     Chris White.

8     Q     And were those communications done over e-mail?

9     A     Most were done on the phone, and --

10    Q     Approximately how many times do you believe

11    during those two months that you spoke to Mr. White over

12    the phone?

13    A     You know, maybe weekly.  I mean, it wasn't a

14    memorable relationship, so, you know, we really didn't

15    have a lot to discuss.

16    Q     Besides the predominant phone conversations, I

17    believe you testified that you also communicated by

18    e-mail.  Is that right?

19    A     I'm sure there were e-mail, but I don't recall

20    how many e-mails there were.

21    Q     Do you recall which e-mail address Mr. White

22    would have used for that?

23    A     No.

24    Q     Was it an at -- strike that.

25          When did 1stCare MD stop working with

1   Mediverse?

2       A    It would have been whatever the last date of

3   this was.  I believe it was in May of -- of 2015.

4       Q    And what was your understanding as to why

5   Mediverse stopped uploading consultation requests into

6   the portal at that time?

7       A    The -- the products that were -- that were

8   being marketed were no longer being covered by patients'

9   insurance.

10      Q    And when you say "the products that were being

11  marketed," are you referring to specific products or

12  just all compounded products, generally?

13      A    Basically, all compounded products.

14      Q    Were no longer being covered by insurance?

15      A    Right.

16      Q    Were there specific insurers that had changed

17  their policies around that time period?

18      A    I believe it was across the board.

19      Q    If a -- strike that.

20              MR. GOLDSTEIN:  Let's go ahead and take

21  our break.  We'll let Mike get ready for his hearing,

22  and then we'll wrap up after the -- the hearing.

23              MR. THOMAS:  Okay.

24              (Break from 2:21 p.m. to 2:50 p.m.)

25              MR. GOLDSTEIN:  Okay, we're back on the

Page 58

1    record.

2         Q.   (BY MR. GOLDSTEIN)  Mr. O'Hara, can Mediverse

3    today still log into the 1stCare MD portal?

4         A    No.

5         Q    They're not -- they're no longer able to access

6    it?

7         A    No.

8         Q    And is that because the portal no longer exists

9    or just because Mediverse's log-in credentials are no

10   longer active?

11        A    So, yeah, all the credentials have been

12   changed.

13        Q    I see.  Okay.

14             For the time period March and April of

15   2015, was there a contract that governed the

16   relationship between Mediverse and 1stCare MD?

17        A    I don't believe there was ever a written

18   contract.

19        Q    Was there an understanding between 1stCare MD

20   and Mediverse as to what services 1stCare would provide

21   and how Mediverse would pay for those services?

22        A    Yes.

23        Q    And that was an oral understanding and not a

24   written contract?

25        A    I looked for a written contract; I couldn't

```
                                               Page 59
 1   find it.
 2        Q    Putting aside that there's no written contract,
 3   what were the terms of the agreement between 1stCare MD
 4   and Mediverse?
 5        A    On advice of counsel, I'm not going to discuss
 6   that.
 7        Q    Are you invoking your Fifth Amendment right?
 8        A    Yes.
 9        Q    And that's your personal right as -- as opposed
10   to your right as a corporate designee for 1stCare MD.
11   Is that your understanding?
12        A    Yes.
13        Q    Did 1stCare MD agree -- strike that.
14             Did Mediverse agree to pay 1stCare MD a
15   flat rate per patient that Mediverse uploaded into the
16   1stCare MD portal?
17        A    On advice of counsel, I'm not going to discuss
18   that.
19        Q    Are you invoking your Fifth Amendment right
20   against self-incrimination?
21        A    Yes.
22        Q    In March of 2015 and April of 2015, how much
23   did Mediverse pay total to 1stCare MD for its
24   telemedicine services?
25        A    I don't know the answer.
```

```
                                                    Page 60
 1        Q     Did Mediverse -- strike that.
 2              Did 1stCare MD provide invoices to
 3   Mediverse to track the money that Mediverse owed to
 4   1stCare MD?
 5        A     No.
 6        Q     How did Mediverse know what to pay to
 7   1stCare MD?
 8        A     On advice of counsel, I'm not going to discuss
 9   that.
10        Q     Are you invoking your right against
11   self-incrimination?
12        A     Yes.
13        Q     When a 1stCare MD doctor provided a
14   telemedicine consultation for a patient that Mediverse
15   uploaded into the portal, who paid 1stCare MD to perform
16   that consultation?
17        A     On advice of counsel, I'm not going to discuss
18   that.
19        Q     Are you invoking your right against
20   self-incrimination?
21        A     Yes.
22        Q     Did the patient pay for the telemedicine
23   consultation?
24        A     On advice of counsel, I'm not going to discuss
25   that.
```

Page 61

1      Q     Are you invoking your right against
2    self-incrimination?
3      A     Yes.
4      Q     Did Mediverse pay 1stCare MD the cost of that
5    telemedicine consultation?
6      A     On advice of counsel, I'm not going to discuss
7    that.
8      Q     Are you invoking your right against
9    self-incrimination under the Fifth Amendment?
10     A     Yes.
11     Q     Did Mediverse provide a 1099 to 1stCare MD to
12   cover the amounts, if any, that Mediverse paid to
13   1stCare MD in 2015?
14     A     I don't believe so.
15     Q     Did 1stCare MD provide services for Mediverse
16   in 2015 other than facilitating telemedicine
17   consultations?
18     A     No.
19     Q     Did Mediverse pay 1stCare MD on a periodic
20   basis?
21     A     Yes.
22     Q     In other words, there were multiple payments
23   that came from Mediverse to 1stCare MD in the spring of
24   2015?
25     A     Yes.

```
                                             Page 62

 1      Q    And I believe you -- strike that.

 2           Did Mediverse pay 1stCare MD based on the

 3  number of consultations that occurred or something else?

 4      A    Yeah, on advice of counsel, I'm not going to

 5  discuss that.

 6      Q    Are you invoking your right against

 7  self-incrimination?

 8      A    Yes.

 9      Q    Did Florida Pharmacy Solutions, the compounding

10  pharmacy, pay any money directly to 1stCare MD?

11      A    I don't believe so.

12      Q    Did insurance providers pay 1stCare MD for the

13  cost of the telemedicine consultations?

14      A    I don't believe so.

15      Q    I'm sorry, let me also rephrase that.

16           For the -- for the consultations that

17  Mediverse uploaded into the portal, did insurers pay for

18  the cost of that consultation?

19      A    I -- I don't know.

20      Q    Well, did 1stCare MD bill those consultations

21  to insurance providers?

22      A    No.

23           MR. GOLDSTEIN:  Okay.  That's all I have.

24                    EXAMINATION

25  Questions By Mr. Thomas:
```

```
                                                   Page 66
 1        A    No.
 2        Q    So the medical necessity as to whether or not a
 3   prescription is written by a physician under contract
 4   with 1stCare MD is up to the physician?
 5        A    Yes.
 6        Q    To your knowledge, is that based upon the
 7   individual patient encounters?
 8        A    Yes.
 9        Q    So the doctor has a telemedicine encounter with
10   a patient, and that doctor just independently decides
11   whether or not a prescription should be written?
12        A    Yes.
13        Q    Based upon their professional expertise,
14   knowledge, and whatever particular variables and
15   circumstances there are with that given patient?
16        A    Yes.
17                  MR. THOMAS:  Thank you, Mr. O'Hara.
18                  No more questions.
19                  MR. GOLDSTEIN:  I just have a couple on
20   redirect.
21                          EXAMINATION
22   Questions By Mr. Goldstein:
23        Q    Mr. O'Hara, are you aware of any specific
24   instance in which a patient requested that a doctor
25   perform a telemedicine consultation used a pharmacy
```

```
                                                    Page 67
```

1    other than the preferred fax number listed in the

2    materials uploaded by Mediverse?

3         A    No.

4         Q    So, generally speaking, the doctor was

5    expected, if the doctor signed a prescription, to send

6    it to the fax number listed on the materials that

7    Mediverse uploaded into the portal?

8                   MR. McCRUM:  Could you rephrase that?

9    "Expected" did you use?

10        Q.   (BY MR. GOLDSTEIN)  Let me rephrase that.

11                  If the doctor signed a prescription and

12   needed to submit it to a pharmacy and the -- the patient

13   didn't request a specific pharmacy, what pharmacy would

14   the doctor use?

15        A    The fax number that's -- that's on the patient

16   package.

17        Q    Which is included in the materials uploaded by

18   Mediverse into the portal?

19        A    Right.

20        Q    You just testified, I believe, that each doctor

21   performing a telemedicine consultation was expected to

22   use his professional judgment to decide whether a

23   prescription was medically necessary.  Is that right?

24        A    Yes.

25        Q    Were the materials uploaded into the portal by

```
                                                      Page 71

 1                 UNITED STATES DISTRICT COURT
                            for the
 2                  Middle District of Florida
 3    UNITED STATES ex rel.      )
      BRADY MCFARLAND,           )
 4       Plaintiff,              )
                                 )
 5    vs.                        )  CASE NO.
                                 )  8:15-CV-01708-SDM-TGW
 6                               )
      FLORIDA PHARMACY           )
 7    SOLUTIONS INC., et al,     )
         Defendants.             )
 8
 9
10           ************************************
11                   REPORTER'S CERTIFICATE
12             ORAL AND TELEPHONIC DEPOSITION OF
13                    CHRISTOPHER O'HARA
14                     AUGUST 17, 2018
15           ************************************
16        I, Lauren M. Morin, Certified Shorthand Reporter in
      and for the State of Texas, hereby certify to the
17    following:
18        That the witness, CHRISTOPHER O'HARA, was duly sworn
      by the officer and that the transcript of the oral
19    deposition is a true record of the testimony given by
      the witness;
20
          That the deposition transcript was submitted on
21    _____ to _____ for
      examination, signature, and return to
22    _____ by _____;
23        That the amount of time used by each party at the
      deposition is as follows:
24
              Mr. Goldstein - 1 HOURS, 20 MINUTES;
25            Mr. Thomas    - 0 HOURS, 5 MINUTES;
            Mr. McCrum    - 0 HOURS, 0 MINUTES;
```

Page 72

1      That pursuant to information given to the deposition
officer at the time said testimony was taken, the
2  following includes all parties of record:
3           Mr. Goldstein, Attorney for Plaintiff;
          Mr. Thomas, Attorney for Defendants;
4           Mr. McCrum, Attorney for Witness;
5      I further certify that I am neither counsel for,
related to, nor employed by any of the parties or
6  attorneys in the action in which this proceeding was
taken, and further that I am not financially or
7  otherwise interested in the outcome of the action.
8
9           Certified to by me on this 29th day of August,
10  2018.
11
12
13

Lauren M. Morin, TX CSR 8909
14        Expiration:  12/31/2019
          Firm Registration No. 571
15
16
17
18
19
20
21
22
23
24
25

EXHIBIT 24

MEDIVERSE DISCOVERY

EXHIBIT 211

(MEDIVERSE - EMAIL - OZIL - EMAIL FORWARDED FROM
OZIL ABOUT A REQUEST FOR AN EDITABLE PATIENT
INTAKE FORM)





**From:** **mediverse sales** sales@fps-rx.com
**Subject:** Fwd: Patient in take Form
**Date:** March 4, 2015 at 4:12 PM
**To:** Chris White chriswhite@helixms.com

Sent from my iPad

Begin forwarded message:

**From:** "Christian - Nationwide" <christian@nationwidepartners.org>
**To:** "mediverse sales" <sales@fps-rx.com>
**Cc:** "Bobby Williams (debtservice79@gmail.com)" <debtservice79@gmail.com>
**Subject: RE: Patient in take Form**

Here you go!

-----Original Message-----
From: mediverse sales [mailto:sales@fps-rx.com]
Sent: Wednesday, March 4, 2015 2:02 PM
To: Christian - Nationwide
Subject: Patient in take Form

Christian
Can you please send me the editable pt intake form that you guys created where you can type info on the form?  Trying to finalize for 1st
Care MD Thanks!
Eric



Med Verse Intake
Final_Combined.pdf



From: **Chris White** ChrisWhite@helixms.com
Subject: Fwd: Patient in take Form
Date: March 4, 2015 at 8:14 PM
To: christian@nationwidepartners.org, debtservice79@gmail.com

Hey Guys, this is the PDF version.  Do you have an editable version like this please.  Let me know that you.
Chris

Begin forwarded message:

> **From:** mediverse sales <sales@fps-rx.com>
> **Subject: Fwd: Patient in take Form**
> **Date:** March 4, 2015 at 5:12:03 PM EST
> **To:** Chris White <chriswhite@helixms.com>
>
>
> Sent from my iPad
>
> Begin forwarded message:
>
>> **From:** "Christian - Nationwide" <christian@nationwidepartners.org>
>> **To:** "mediverse sales" <sales@fps-rx.com>
>> **Cc:** "Bobby Williams (debtservice79@gmail.com)" <debtservice79@gmail.com>
>> **Subject: RE: Patient in take Form**
>>
>> Here you go!
>>
>> -----Original Message-----
>> From: mediverse sales [mailto:sales@fps-rx.com]
>> Sent: Wednesday, March 4, 2015 2:02 PM
>> To: Christian - Nationwide
>> Subject: Patient in take Form
>>
>> Christian
>> Can you please send me the editable pt intake form that you guys created where you can type info on the form?  Trying to finalize for 1st
>> Care MD Thanks!
>> Eric



EXHIBIT 25

# TOPICAL COMPOUNDED THERAPY

**EXHIBIT**
**41**
O'Hara
tabbies

## PATIENT INFORMATION

NAME: D████ L████

DOB: ██ / ██ / ██

MALE / FEMALE: Male

HEIGHT / WEIGHT: 6'2 / 270

ADDRESS: ████████

CITY, STATE, ZIP: Yuma    AZ    85364

DAY PHONE #: ( ███ ) ████

## PATIENT INSURANCE INFORMATION

COMPANY NAME: Mediverse

INSURANCE NAME: Tricare

ID # ████████

Rx BIN # _____

Group # _____

PCN # home # ████████

PREFERRED PHARMACY FAX # 888-732-7207

## PATIENT DETAILS

✓ **LIST ALL CURRENT PRESCRIPTION MEDS YOU ARE TAKING**

Insulin and antacids

✓ **LIST ALL OVER THE COUNTER MEDS YOU ARE TAKING**

NONE

✓ **LIST ANY SURGERIES YOU HAVE HAD**

Multiple foot surgeries for bunions, hammertoe and nerve damage

✓ **LIST ANY ALLERGIES YOU HAVE INCLUDING MEDICATIONS ALLERGIES**

NONE

✓ **LIST ANY LIST ANY SKIN PROBEMS OR SKIN ALLERGIES YOU HAVE**

NONE

✓ **LIST ANY ALLERGIES TO CREAMS OR LOTIONS**

NONE

✓ **ARE YOU PREGNANT, INTEND TO BECOME PREGNANT, OR A NURSING MOTHER?**

NO

✓ **HAVE YOU SEEN YOUR PRIMARY CARE PHYSICIAN WITHIN THE LAST YEAR? (YES or NO)**

YES

## <u>PLEASE CHECK ANY OF THE FOLLOWING MEDICAL CONDITIONS THAT APPLY:</u>

**INFLAMMATORY PAIN**

- ☐ Tendonitis
- ☐ Epicondylitis
- ☐ Bursitis
- ☐ Muscle Strain
- ☐ Muscle Sprain
- ☐ Muscle Pain
- ☐ Muscle Inflammation
- ☐ Osteo Arthritis
- ☐ Rheumatoid Arthritis
- ☐ Post Radiation Inflammation
- ☐ Breast Mastitis

**DETAILS:**

Location of Pain?  NONE

Type of Pain?

Current Meds Your Taking for Pain?

Pain Scale of (1 out of 10) ?

Other:

**NEUROPATHIC PAIN**

- ☐ General Neuropathy
- ☐ Peripheral Neuropathy
- ☐ Trigeminal Neuralgia
- ☐ Post Herpetic Neuropathy
- ☐ Chemo Induced Neuropathy
- ☑ Diabetic Neuropathy

**DETAILS:**

Location of Pain?  Feet

Type of Pain?  tingling and numbness

Current Meds Your Taking for Pain?  none

Pain Scale of (1 out of 10) ?  6

Other:

**COMBINATION PAIN**

- ☐ Failed Back Syndrome
- ☐ Post Laminectomy
- ☐ Myofascial Pain
- ☐ Plantar Fasciitis
- ☐ Fibromyalgia
- ☐ Radiculopathy
- ☐ Phantom Limb Pain
- ☐ Carpal Tunnel Syndrome

**DETAILS:**

Location of Pain?  NONE

Type of Pain?

Current Meds Your Taking for Pain?

Pain Scale of (1 out of 10) ?

Other:

**OTHER PAIN**

- ☐ Gout
- ☐ Anal Fissures
- ☐ Hemorrhoids
- ☐ TMJ
- ☐ Post Herpetic Neuralgia
- ☐ Leg/Arm Cramps
- ☐ Vulvodynia

**DETAILS:**

Location of Pain?  NONE

Type of Pain?

Current Meds Your Taking for Pain?

Pain Scale of (1 out of 10) ?

Other:

**WOUNDS**

- ☐ Dry Wound
- ☐ Wet Wound
- ☐ Scrapes
- ☐ Gash
- ☐ Sores
- ☐ Laceration

**DETAILS:**

Location of Wound  NONE

Size of Wound?

Other ?

1stCareMD000691

**SCARS**
- ☑ Post Surgical Scars (Open Tissue)
- ☐ Keloids – Hardened Raised Tissue
- ☐ Dark Spots – Hyperpigmentation
- ☐ Stretch Marks

DETAILS:
Location of Scar ? Feet
Size of Scar? _____
Other ? _____

**NEUROLOGY**
- ☐ Migraines
- ☐ Spasticity – Altered Muscle Tone
- ☐ Parkinson's Disease

DETAILS:
Type ? NONE
Frequency ? _____
Intensity ? _____

**NAUSEA**
- ☐ Nausea
- ☐ Vertigo

DETAILS:
Frequency ? NONE
Other ? _____

**DERMATOLOGY**
- ☐ Dermatitis
- ☐ Eczema
- ☐ Acne
- ☐ Psoriasis
- ☐ Rosacea

DETAILS:
Type ? NONE
Location ? _____
Other ? _____

**SPECIALTY DERMATOLOGY**
- ☐ Anti Aging, Lightening, Tightening
- ☐ Decreased Female Libido
- ☐ Male Erectile Dysfunction
- ☐ Warts
- ☐ Plantar Warts
- ☐ Molluscum Contagiosum
- ☐ Hair Loss
- ☐ Nail Fungus - Onychomycosis
- ☐ Burns
- ☐ Radiation Irritation
- ☐ Shingles
- ☐ Cold Sores or Fever Blisters

DETAILS:
Type ? NONE
Location ? _____
Frequency ? _____
Other ? _____

**WELLNESS / METABOLIC**
- ☑ Decreased Metabolic

DETAILS:
Type ? Diabetic support
Other ? _____

**SPECIAL NOTES:**
NEUROPATHIC PAIN CREAM- for relief from pain and numbness in the feet
SCAR COMPLETE - to assist with scars from multiple surgeries
WELLNESS CAPS- to improve diabetic state

*The FDA does not review any compounded medication for safety or efficacy.*

N1

**PATIENT INFORMATION**

Patient *Full* Name: [redacted]   DOB: __/__/__   Work Comp/PIP: Y__N__   Dr *Printed* Name: _____

Address: [redacted]   City: Yuma   State: AZ Zip: 85364   Cell Phone # :( [redacted] )   Allergies: NONE

Insurance: Carrier Name: Tricare   ID#: [redacted]   Rx BIN#: _____   Group #: _____   PCN#: home # [redacted]

## PAIN

**INFLAMMATORY Pain**

☐ **I** - Flurbiprofen 15%, Dexamethasone 0.1%, Ketotifen 0.5%, Baclofen 2%, Cyclobenzaprine 2%, Diclofenac 5%, Bupivacaine 5%   add ☐ Menthol 2% -for Pain

**NEUROPATHIC Pain**

☑ **N** - Amantadine 8%, 4-Aminopyridine 0.5%, Gabapentin 6%, Amitriptyline 4%, Baclofen 2%, Clonidine 0.1%, Bupivacaine 5%

**COMBINATION Pain**

☐ **Combo** - Flurbiprofen 20%, Baclofen 2%, Cyclobenzaprine 2%, Gabapentin 6%, Orphenadrine 5%, Dexamethasone 0.1%, Ketotifen 0.5%, Bupivacaine 5%

**Alternative Pain Tx**

☐ **Alt Pain Kit + (Relyyks Pain Patch)** - *(Qty=60Patches)* Menthol 5%, Lidocaine 4%   (Sig: *Apply 1-4 Pumps of Cream to AA 3-4 X QD and Alternate 1 Patch Q 12Hours to AA PRNP*)

+ (**Alt Cream**) – Flurbiprofen 3%, Meloxicam 0.1%, Motelukast 0.15%, Tizanidine 0.1%, Topirimate 2%, Lidocaine 1.25%, Prilocaine 1.25%,

## OTHER PAIN

**OTHER Pain**

☐ Gout Cream - Ketorolac 1%, Indomethacin 10%, Colchicine 0.03%, Loperamide 5%, Dexamethasone 0.1%, Bupivacaine 5%

☐ **Rectal Pain Cream** - Hydrocortisone 1%, Nifedipine 0.2%, Diltiazem 2%, Flurbiprofen 5%, NTG 0.2%, Bupivacaine 5%   (Sig: *Apply to Rectum 1-3 Pumps 2-3 X QD PRN*)

☐ **TMJ Pain Cream** – Amantadine 8%, Flurbiprofen 15%, Baclofen 4%, Gabapentin 6%, Cyclobenzaprine 3%, Bupivacaine 5%

☐ **Post Herpetic Neuralgia Cream** – Amantadine 8%, Acyclovir 5%, Flurbiprofen 15%, Fluticasone 0.1%, Gabapentin 6%, Bupivacaine 5%

☐ **Cramp Cream** - Magnesium 5%, Guaifenesin 10%, Flurbiprofen 10%, Baclofen 2%, Cyclobenzaprine 2%, Bupivacaine 5%

☐ **Vulvodynia Cream** - Gabapentin 10%, Flurbiprofen 8%, Ketotifen 0.5%, Amitriptyline 2%, Bupivacaine 5%, *Vaginal Cream*

(PAIN Sig: *Apply 1-4 Pumps to Affected Areas 3-4 X QD*)

## WOUND

**Healing Promotion Only**   add ☐ Collagenase 350U/GM -for Debridement   add ☐ Metronidazole 2% -for Odor   add ☐ Gabapentin 6% -for Neuropathy

☐ **Wound Combo 1** - Phenytoin 5%, Fluticasone 0.1%, *Misoprostol 0.0024%, Nifedipine 2%, Metronidazole 2%, Loperamide 5%, Hyaluronic Acid 1%, Bupivacaine 5%

**Anti-Infective + Healing Promotion**

☐ **Wound Combo 2** - Gentamicin 0.2%, Fluticasone 0.1%, Phenytoin 5%, Mupirocin 5%, Clindamycin 1%, Loperamide 5%, Hyaluronic Acid 1%, Polymyxin-B 5000U/GM, Bupivacaine 5%

☐ **Wound Combo 3** - Itraconazole 5%, Fluticasone 0.1%, Phenytoin 5%, Mupirocin 5%, Loperamide 5%, Hydrocortisone 1%, Hyaluronic Acid 1%, Bupivacaine 5%

☐ **Wound Combo 4** - Levofloxacin 2%, Fluticasone 0.1%, Phenytoin 5%, Mupirocin 5%, Loperamide 5%, Hyaluronic Acid 1%, Clindamycin 1%, Itraconazole 1%, Bupivacaine 5%

☐ **Wound Combo 5** - Vancomycin 5%, Fluticasone 0.1%, Phenytoin 5%, Mupirocin 5%, Levofloxacin 2%, Loperamide 5%, Hyaluronic Acid 1%, Bupivacaine 5%

(Sig: *Apply 2-4 Pumps to Affected Areas 2-4 X QD With Each Dressing Change*)

## SCAR

☐ **Surgi Scar** - Fluticasone 1%, Ketotifen 0.5%, Mupirocin 5%, Phenytoin 5%, Hyaluronic Acid 1%, Nifedipine 2%, Tranilast 1%

☐ **Scar Away** - Fluticasone 1%, Ketotifen 0.5%, *Tretinoin 0.05%, Pentoxifylline 1%, Hyaluronic Acid 1%, Salicylic Acid 3%, Nifedipine 2%, Tranilast 1%

☐ **Scar Fade/Stretch Mark** - Fluticasone 1%, Hydroquinone 5%, Pentoxifylline 1%, Hyaluronic Acid 1%, Ketotifen 0.5%, Nifedipine 2%, Tranilast 1%

☑ **Scar Complete** - STEP-1(**Scar Away**) x (2-4weeks), STEP-2(**Scar Fade**) x (2-4weeks)

(Sig: *Apply 1-3 Pumps to Affected Areas 2-3 X QD As Directed*)   add ☐ Gabapentin 10% -for Pain

## NEURO

☐ **Migraine/Tension HA Cream** - Sumatriptan 20%, Apomorphine 0.2%, Cyclobenzaprine 2%, Ondansetron 1%, Tizanidine 0.4%, Bupivacaine 3%

☐ **Spasticity Cream** - 4-Aminopyridine 0.5%, Apomorphine 0.2%, Gabapentin 6%, Baclofen 5%, Tizanidine 0.4%   (Sig: *Apply 1-3 Pumps to Affected Areas 3-4 X QD*)

☐ **Parkinson's Cream** - 4-Aminopyridine 0.5%, Apomorphine 0.2%, Selegiline 0.6%, Sodium Metabisulfite 0.35%, Gabapentin 6%, Baclofen 5%, Tizanidine 0.4%

(Sig: *Apply 1-3 Pumps to Back of Neck At The Hairline and/or Affected Areas 2-3 X QD PRN*)

## N/V

☐ **Nausea Cream** - Ondansetron 1%, Promethazine 25mg/GM   add ☐ Meclizine 25mg/GM -for Vertigo

(Sig: *Apply 1 Pump to Inner Wrist, Then Rub Wrists Together, and Apply 1 Pump to Base of Neck At The Hairline Q 4Hrs PRN N/V*)

## DERM

☐ **Dermatitis Gel** - Ketotifen 0.5%, Fluticasone 1%, Hyaluronic Acid 1%, Tacrolimus 0.1%, Bupivacaine 5%   (Sig: *Apply 1-4 Pumps to AAs 2-3 X QD*)

☐ **Eczema Cream** - Ketotifen 0.5%, Fluticasone 1%, Hyaluronic Acid 1%, Zinc Pyrithione 0.5%, Doxepin 5%, Menthol 0.5%, Bupivacaine 5%   (Sig: *Apply 1-4 Pumps to AAs BID*)

☐ **Acne Cream** - Clindamycin 1%, Benzoyl Peroxide 5%, Hyaluronic Acid 0.5%, Tea Tree Oil 1%   add ☐ Tretinoin 0.05%   (Sig: *Apply 1-4 Pumps to AAs 2-3 X QD*)

☐ **Psoriasis Cream** - *Methotrexate 1%, Salicylic Acid 5%, Clobetasol 0.05%, Ketotifen 0.5%, Fluticasone 1%, Vitamin D3 500U/GM   (Sig: *Apply 1-4 Pumps to AAs 2-3 X QD*)

☐ **Rosacea Gel** - Brimonidine 0.5%, Metronidazole 1%, Tranilast 2%, Hyaluronic Acid 1%   (Sig: *Apply 1-4 Pumps to AAs 2-3 X QD*)

## SPECIALTY

☐ **Anti-Aging/Lightening/Tightening Gel** - Hydroquinone 4%, Niacinamide 4%, Tretinoin 0.05%, Hydrocortisone 1.5%, Ascorbic Acid 5%   (Sig: *Apply 1-4 Pumps to AAs 2-3 X QD*)

☐ **Female Libido Cream** - *(Qty=30GM/30Days)* Sildenafil Citrate 2%, Nifedipine 0.2%, Aminophylline 3%, L-Arginine 6%   (Sig: *Apply Pea Sized Amt to Clitoris 30 Min Prior to Sexual Activity*)

☐ **Stay Erect Cream** - *(Max=120GM/30Days)* Sildenafil Citrate 0.015%, Apomorphine 0.4%, Oxytocin 0.2%   (Sig: *Apply 1-2 Pumps to Back of Neck BID PRN prior to Sexual Activity*)

☐ **Wart Cream** - *(Max=120GM/30Days)* DDG 0.2%, Cimetidine 5%, Acyclovir 5%, *5-FU 5%, Salicylic Acid 15%, Imiquimod 2.5%* (Sig: *Apply 1-2 Pumps to Warts BID x 7 Days, then QD*)

☐ **Molluscum Cream** - DDG 0.2%, Cimetidine 10%, Acyclovir 5%, Ketotifen 0.5%, Pramoxine 1%, Hyaluronic Acid 1%   (Sig: *Apply 1-4 Pumps to AAs/lesions 2-3 X QD*)

☐ **Hair Loss Sol.** - *(Qty=300ml/30Days)* *Finasteride 0.5%, Minoxidil 8.5%   (Sig: *Apply 5ml-(1 Teaspoonful) to AAs/Scalp BID*)

☐ **Nail Fungus Sol.** - Terbinafine 1.67%, Itraconazole 5%, Salicylic Acid 5%, Fluticasone 1%, Ciclopirox 8%, Urea 20%, DMSO 40%   (Sig: *Apply 6 drops(0.25ml) to AAs/Nails 3-4 X QD*)

☐ **Burn Cream** - *Misoprostol 0.0024%, Phenytoin 5%, Fluticasone 1%, Aloe Vera 1%, Ketotifen 0.5%, Bupivacaine 5%   (Sig: *Apply 1-4 Pumps to AAs/Burns 2-3 X QD*)

☐ **Radioprotective Cream** - Sucralfate Gel 15%, Betamethasone 0.2%, Aloe Vera 1%, Hyaluronic Acid 1%, Trolamine 1%, Ketotifen 0.5%   (Sig: *Apply 1-3 Pumps to AAs 2-3 X QD*)

☐ **Shingles Cream** – Amantadine 8%, Acyclovir 5%, Baclofen 2%, DDG 1%, Amitriptyline 2%, Flurbiprofen 10%, Bupivacaine 5%   (Sig: *Apply 1-4 Pumps to AAs 3-4 X QD*)

☐ **Cold Sore Lip Balm** - *(Max=45GM)* Acyclovir 5%, DDG 0.2%, Camphor 0.5%, Oxybenzone 3%, Dioxybenzone 3%, Hyaluronic Acid 1%, Bupivacaine 2%   (Sig: *Apply 0.5GM to Lips 3-4 X QD*)

## WELL

☑ **Wellness Caps** - *(Qty=120Caps/30days)* Acetyl-L-Carnitine 50mg, Alpha Lipoic Acid 250mg, Bromelain 35mg, CoQ10 50mg, 5-Methyl-Tetrahydrafolate 2.5mg, L-Arginine 40mg, Magnesium Glycinate 15mg, L-Methionine 5mg, Pyridoxial-5-Phosphate 95mg, Riboflavin 5-Phosphate 2.5mg, Niacinamide 20mg, Vitamin D3 1500IU, Methylcobalamin 30mg, Hydroxocobalamin 20mg   (Sig: *Take 2 Capsules PO BID*)

* Caution do NOT prescribe if Pregnant and/or Breastfeeding

-Written Quantity for Controls or Alternate Sig: _____

N1

(*1Pump=1GM*)   **QTY/Rx:** ☐ 120GM   ☐ 240GM   ☐ 360GM DEFAULT   ☐ 480GM   ☐ Alt Qty _____   ICD-9/10: _____

Prescriber Signature: _____   Date: _____   Refills _____   AUTO-RF/Opt Out ☐

Substitution Permitted   Dispense As Written   DEFAULT= 3RF   If Above Box Not Checked, Patient Will Receive Auto Refills

DEA# / NPI#: _____   Address: _____   Phone:( _____ )

[Please Mark Through Any Unwanted Medications in Above Formulations]

Legal Note: This may contain confidential information belonging to the sender in which is legally privileged. If not received by a legal pharmacy this information is strictly prohibited.
Pharmacy only uses USP approved chemicals and follows strict USP guidelines when compounding prescriptions pursuant to a valid prescription. No claims are made as to the safety, efficacy, or use of these formulations.
This is not a Tamper Proof Prescription and must be faxed to a Pharmacy by a medical institution and may be filled at any Pharmacy of patient's choice.