# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA,** *ex rel.*
**BRADY MCFARLAND,**

    **Plaintiff**

v.                                     CASE NO. 8:15-CV-1708-T-23T6W

**FLORIDA PHARMACY SOLUTIONS,**
**INC.,** *et al.*

    **Defendants.**

## DEFENDANT WAYNE WILKERSON'S MOTION FOR LEAVE TO FILE REPLY TO RELATOR'S RESPONSE TO WAYNE WILKERSON'S MOTION FOR SUMMARY JUDGMENT

Defendant Wayne Wilkerson ("Wilkerson"), by and through undersigned counsel, hereby moves the Court for leave to file a Reply to the Response of Relator Brady McFarland ("McFarland") to Wilkerson's Motion for Summary Judgment, pursuant to Rule 7(b), Fed. R. Civ. P., and Local Rule 3.01(d), and as grounds therefore states:

1. Wilkerson alleges that McFarland's Response to Wilkerson's Motion for Summary Judgment conflates facts that are attributable to <u>other</u> Defendants, to Wilkerson.

2. While Wilkerson does not allege that there are material issues of fact to preclude his Motion for Summary Judgment, Wilkerson does allege that McFarland's Response argues facts to defeat Wilkerson's Motion that pertain <u>only to other</u> Defendants.

3. In his Reply, Wilkerson seeks to clarify which facts pertain to him, and which facts pertain to other Defendants.

4. Wilkerson alleges that McFarland's Response has misstated the law pertaining to materiality under 31 USC § 3729(b)(4), and seeks to address that matter in his Reply.

5. Wilkerson alleges that McFarland's Response misstates the law pertaining to the impact of the 2010 amendments to 42 USC § 1320a-7b(g), and seeks to address that matter in his Reply.

6. Therefore, Wilkerson requests leave of Court to file a Reply, not to exceed 15 pages, to McFarland's 42-page Response.

7. The undersigned has conferred with counsel for the Relator and counsel for the Relator objects to a Wilkerson Reply.

RESPECTFULLY SUBMITTED this <u>16th</u> day of January, 2019.

<u>*/Mark S. Thomas/*</u>

Mark S. Thomas
Florida Bar No. 0001716
THOMAS HEALTH LAW GROUP, P.A.

5200 SW 91st Terrace, Suite 101-B
Gainesville, FL 32608
(352) 372-9990 (office)
(855) 629-7101 (fax)
mark@thomashlg.com
Counsel for Defendant Wayne Wilkerson

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the forgoing has been furnished by electronic mail this __16th__ day of January, 2019 to:

P. Jason Collins
Craig A. Boneau
Ryan M. Goldstein
REID COLLINS & TSAI LLP
1301 S. Capital of Texas Highway
Building C, Suite 300
Austin, TX 78746
512-647-6100 (telephone)
512-647-6129 (facsimile)
jcollins@rctlegal.com
cboneau@rctlegal.com
rgoldstein@rctlegal.com

Joel Ewusiak
EWUSIAK LAW, P.A.
66001 Memorial Highway, Suite 311
Tampa, FL 33615
727-286-3559 (telephone)
727-286-3219 (facsimile)
joel@ewusiaklaw.com

    _/Mark S. Thomas/_____
Mark S. Thomas