IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA *ex. rel.*
BRADY MCFARLAND,

                                        Case No.: 8:15-CV-01708-SDM-TGW

        Plaintiff,
v.

FLORIDA PHARMACY SOLUTIONS,
MEDIVERSE LLC, MELONIE KOTCHEY,
and WAYNE WILKERSON,

        Defendants.
_____

**RELATOR'S OPPOSITION TO
DEFENDANTS' MOTIONS FOR LEAVE TO REPLY**

    Relator, Brady McFarland, by and through undersigned counsel, opposes Defendants' requests to file reply memoranda in support of their motions for summary judgment. (*See* Dkts. 426, 427, 428.) In support, Relator states as follows:

    1.    On December 13, 2018, Defendants Melonie Kotchey, Mediverse LLC, and Wayne Wilkerson each moved for summary judgment. (*See* Dkts. 411, 412, 413.)

    2.    On January 14, 2019, Relator filed a consolidated response (with leave of Court) in opposition to the motions for summary judgment. (*See* Dkt. 421.)

    3.    The motions have been assigned to Magistrate Judge Wilson for a Report and Recommendation. (*See* Dkt. 420.)

    4.    Defendants seek to "clarify which facts pertain to [them], and which facts pertain to other Defendants." (*See* Mots. ¶ 3.) But the Court is capable of making such determinations

without reply memoranda from Defendants, and Relator's consolidated response sufficiently outlines the specific facts that apply to each of the Defendants.

5. Similarly, the two issues of law raised by Defendants in their motions for leave to reply—materiality and falsity under the False Claims Act and the Anti-Kickback Statute—were already addressed by Defendants in their motions for summary judgment.

6. In this action, the Court has previously denied requests by both sides for leave to reply, including in connection with Defendants' motions to dismiss (*see* Dkt. 357 at 6) and Relator's motions to compel (*see* Dkt. 394).

WHEREFORE, Relator, Brady McFarland, respectfully requests that Defendants' requests for leave to reply be denied.

Date:   January 16, 2019

        **REID COLLINS & TSAI LLP**

        /s/ Ryan M. Goldstein
        P. Jason Collins (admitted *pro hac vice*)
        Craig A. Boneau (admitted *pro hac vice*)
        Ryan M. Goldstein (admitted *pro hac vice*)
        **Reid Collins & Tsai LLP**
        1301 S. Capital of Texas Hwy
        Building C, Suite 300
        Austin, Texas 78746
        Telephone: 512.647.6100
        Facsimile: 512.647.6129
        jcollins@rctlegal.com
        cboneau@rctlegal.com
        rgoldstein@rctlegal.com

        *Trial Counsel for Relator Brady McFarland*

        **EWUSIAK LAW, P.A.**

        /s/ Joel Ewusiak
        **Joel Ewusiak**
        Fla. Bar No.:   0509361
        6601 Memorial Highway, Suite 311
        Tampa, FL 33615
        P:   727.286.3559
        F:   727.286.3219
        E:   joel@ewusiaklaw.com

        *Local Counsel for Relator Brady McFarland*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on January 16, 2019, the foregoing document was filed using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/ Ryan M. Goldstein
**Ryan M. Goldstein**