UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA** *ex rel.*
**BRADY MCFARLAND,**

      **Plaintiffs,**

v.   No. 8:15-cv-1708-T-23-TGW

**FLORIDA PHARMACY SOLUTIONS,**
**MEDIVERSE LLC, MELONIE KOTCHEY,**
**and WAYNE WILKERSON,**

      **Defendants.**
_____/

## UNITED STATES' RESPONSE TO RELATOR'S MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL OF CLAIMS

On March 21, 2019, Relator Brady McFarland ("Relator") moved the Court to approve a proposed settlement with Defendants Mediverse LLC, Melonie Kotchey, and Wayne Wilkerson (collectively, the "Settling Defendants") (Dkt. 433). Pursuant to the proposed settlement, Relator seeks dismissal of his claims against the Settling Defendants with prejudice as to the Relator and without prejudice as to the United States.

Under 31 U.S.C. § 3730(b)(1), the Attorney General must consent to any voluntary settlement and dismissal in a False Claims Act *qui tam* action. *See, e.g.*, *United States ex rel. Michaels v. Agape Senior Cmty, Inc.*, 848 F.3d 330, 339-40 (4th Cir. 2017). Pursuant to § 3730(b)(1), the United States hereby respectfully notifies the Court that the Attorney General consents to Relator's proposed settlement and the dismissal of Relator's claims against the Settling Defendants, so long as the dismissal is without prejudice to the United States.

1

April 16, 2019                                     Respectfully submitted,

                                                    JOSEPH H. HUNT
Assistant Attorney General

MARIA CHAPA LOPEZ
United States Attorney

By:   */s Charles T. Harden III*
CHARLES T. HARDEN III
Assistant United States Attorney
Florida Bar No. 97934
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Tel: (813) 301-3075
Fax: (813) 274-6200
Email: Charles.Harden@usdoj.gov

MICHAEL D. GRANSTON
JAMIE A. YAVELBERG
NATHAN P. GREEN
Attorneys, Civil Division
Commercial Litigation Branch
Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-3669
Nathan.P.Green@usdoj.gov

*Attorneys for the United States of America*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on April 16, 2019, I filed the foregoing document using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

          By:    */s Charles T. Harden III*
                 CHARLES T. HARDEN III
                 Assistant United States Attorney