UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
*ex rel.* BRADY MCFARLAND

    Plaintiff,

v.                                      CASE NO. 8:15-cv-1708-T-23TGW

FLORIDA PHARMACY
SOLUTIONS, *et al.*

    Defendants.
_____/

## **ORDER**

The relator and the settling defendants, Mediverse LLC, Melonie Kotchey, and Wayne Wilkerson, jointly move (Doc. 433) for approval of a settlement and request a dismissal of the "[r]elator's claims against the Settling Defendants with prejudice as to Relator and without prejudice as to the United States." The United States consents (Doc. 436) to the proposed settlement "so long as the dismissal is without prejudice to the United States."

Section 3730(b)(1) of the False Claims Act permits dismissal only if the United States consents in writing to the dismissal.[*] *Searcy v. Philips Elec. N.A. Corp.*, 117 F.3d 154 (5th Cir. 1997) (Higginbotham, J.). In accord with the United States' written

---

[*] Section 3730(b)(1) provides that an "action may be dismissed only if the court and the Attorney General give written consent to the dismissal."

consent, the motion (Doc. 433) is **GRANTED**, and the settlement (Doc. 433-1) is **APPROVED**.  The claims against Mediverse LLC, Melonie Kotchey, and Wayne Wilkerson are **DISMISSED WITH PREJUDICE** to the relator and **DISMISSED WITHOUT PREJUDICE** to the United States.  The settling defendants' motions (Docs. 411–13) for summary judgment and motions (Docs. 426–28) for leave to reply are **DENIED AS MOOT**.

ORDERED in Tampa, Florida, on April 19, 2019.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE